# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Date: September 26, 2017

| | | |
|---|---|---|
| ALEXANDRA GUILLOU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-17-0988-HE |
| | ) | |
| BOARD OF REGENTS FOR THE | ) | |
| OKLAHOMA AGRICULTURAL AND | ) | |
| MECHANICAL COLLEGES, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTER ORDER**:

Counsel for plaintiff is directed to file an entry of appearance conforming to LCvR 83.4 not later than **Wednesday, September 27, 2017**.

**THE ABOVE ORDER ENTERED AT THE DIRECTION OF CHIEF JUDGE JOE HEATON.**

**Carmelita Reeder Shinn, Clerk of Court**
**Western District of Oklahoma**

By:   s/Christy Anderson
          Deputy Clerk

Copies to all parties of record