UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

1) ALEXANDRA GUILLOU,

      Plaintiff,

  v.                                  Case No.: CIV-17-988-HE

1) BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES;
2) STATE OF OKLAHOMA, *ex rel.* OKLAHOMA STATE UNIVERSITY;
3) ST. MATTHEWS UNIVERSITY, INC.;
4) LUCINDA KERSHAW;
5) DR. DANIEL BURBA;
6) DR. CHRIS ROSS; AND
7) DR. MARGI GILMOUR,

      Defendants.

## APPEARANCE OF COUNSEL FOR PLAINTIFF

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for the Plaintiff, Alexandra Guillou.

    I certify that I am admitted to practice in this Court. I also certify that I am registered in this Court's Electronic Case Filing System.

                                      Respectfully submitted,

                                      */s/ R. Jack Freeman*
                                      R. Jack Freeman OBA #3128
                                      GRAHAM & FREEMAN, PLLC
                                      6226 East 101st Street, Suite 300
                                      Tulsa, Oklahoma  74137-7117
                                      Telephone:  (918) 298-1716
                                      Facsimile:  (918) 298-1728
                                      Email:  jfreeman@grahamfreeman.com