UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1)   ALEXANDRA GUILLOU,<br><br>           Plaintiff,<br><br>     v.<br><br>1)   BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES;<br>2)   STATE OF OKLAHOMA ex rel. OKLAHOMA STATE UNIVERSITY;<br>3)   ST. MATTHEWS UNIVERSITY, INC.;<br>4)   LUCINDA KERSHAW;<br>5)   DR. DANIEL BURBA;<br>6)   DR. CHRIS ROSS; and<br>7)   DR. MARGI GILMOUR,<br><br>           Defendants. | Civil Action No.:  CIV-17-988-HE |

### MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Plaintiff Alexandra Guillou moves this Court pursuant to LCvR83.2(g) for the admission of Jason J. Bach to appear *pro hac vice* in this case as out-of-state counsel for Plaintiff.

1. The undersigned, R. Jack Freeman, is counsel of record for Plaintiff, and will continue to serve as her counsel in this case.

2. In accordance with LCvR83.2(g), Mr. Bach's completed Request for Admission *Pro Hac Vice* form is attached hereto as Exhibit A.

3. Mr. Bach is a member in good standing of the United States District Court for the District of Nevada.

4. Mr. Bach understands that, upon admission *pro hac vice*, he shall be subject to the disciplinary jurisdiction of this Court.

5. Mr. Bach understands that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. Submitted simultaneously with the filing of this motion is the requested fee ($50.00) to the Clerk of this Court.

WHEREFORE, Plaintiff requests that this Court grant this motion for the out-of-state attorney Jason J. Bach to appear *pro hac vice* in this case on her behalf.

Respectfully submitted,

By: *R. Jack Freeman*
R. Jack Freeman, OBA #3128
GRAHAM & FREEMAN, PLLC
6226 East 101st Street, Suite 300
Tulsa, Oklahoma 74137-7117
Telephone: (918) 298-1716
Facsimile: (918) 298-1728
Email: jfreeman@grahamfreeman.com