UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ALEXANDRA GUILLOU )
)
)
)
vs. Plaintiff(s) )  Case No. 5:17-cv-00988-HE
)
BOARD OF REGENTS FOR THE OKLAHOMA )
AGRICULTURAL AND MECHANICAL COLLEGES et al. )
)
)
Defendant(s) )

**REQUEST FOR ADMISSION PRO HAC VICE**

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Jason J. Bach

2. State bar membership number: 7984

3. Business address, telephone and fax numbers:
   7881 W. Charleston Blvd., Suite 165, Las Vegas, NV 89117
   Tel: (702) 925-8787  Fax: (702) 925-8788

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   please see attached

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes  ☐ No

A check for $50 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

DATED this 28th day of September, 2017.

_____
Signature of Applicant

005/rvsd 06-04

| Name of Court | Date of Admission | Active Member in Good Standing: |
|---|---|---|
| United States Court of Appeals for the District of Columbia | 7/5/2007 | Yes |
| United States District Court for the District of Colorado | 4/19/2016 | Yes |
| United States District Court for the Northern District of Illinois | 3/6/2012 | Yes |
| United States District Court for the Central District of Illinois | 3/23/2012 | Yes |
| United States District Court for the Southern District of Indiana | 3/8/2017 | Yes |
| United States District Court for the District of Nevada | 10/17/2002 | Yes |
| United States District Court for the Eastern District of Texas | 8/10/2016 | Yes |
| United States District Court for the Southern District of Texas | 12/28/2011 | Yes |
| United States District Court for the Western District of Texas | 12/3/2010 | Yes |
| State Bar of Nevada | 10/11/2002 | Yes |
| State Bar of Texas | 3/11/2010 | Yes |
| District of Columbia | 5/11/2007 | Yes |