# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ALEXANDRA GUILLOU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-17-0988-HE |
| | ) | |
| BOARD OF REGENTS FOR THE | ) | |
| OKLAHOMA AGRICULTURAL | ) | |
| AND MECHANICAL COLLEGES, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The motion for admission *pro hac vice* [Doc. #6] of Jason J. Bach, Esq., to practice before the United States District Court for the Western District of Oklahoma is **GRANTED**, conditioned on the filing of an entry of appearance and registration for electronic case filing by the applicant within **seven (7) days** from entry of this order. *See* LCvR83.4 and 83.2(g).

Information is available on the court's website at www.okwd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 28th day of September, 2017.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE