UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1)    ALEXANDRA GUILLOU,<br><br>                Plaintiff,<br><br>    v.<br><br>1)    BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES;<br>2)    STATE OF OKLAHOMA ex rel. OKLAHOMA STATE UNIVERSITY;<br>3)    ST. MATTHEWS UNIVERSITY;<br>4)    LUCINDA KERSHAW;<br>5)    DR. DANIEL BURBA;<br>6)    DR. CHRIS ROSS; and<br>7)    DR. MARGI GILMOUR;<br><br>                Defendants. | Civil Action No.:  CIV-17-988-HE |

## **APPEARANCE OF COUNSEL FOR PLAINTIFF**

To the Clerk of this Court and all parties of record:

    I hereby enter my appearance as counsel in this case for the Plaintiff, Alexandra Guillou.

    I certify that I am admitted pro hac vice in this matter.  I also certify that I am registered in this Court's Electronic Case Filing System.

                                          Respectfully submitted,

                                          **THE BACH LAW FIRM, LLC**

                                          */s/ Jason J. Bach*
                                          Jason J. Bach, Esq.
                                          (Admitted Pro Hac Vice)
                                          7881 W. Charleston Blvd., Suite 165
                                          Las Vegas, Nevada 89117
                                          Telephone: (702) 925-8787
                                          Facsimile: (702) 925-8788
                                          Email: jbach@bachlawfirm.com