# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
WESTERN District of Oklahoma

Case Number: CIV-17-988-HE

Plaintiff:
**ALEXANDRA GUILLOU,**

vs.

Defendant:
**BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL & MECHANICAL COLLEGES,**

For:
Jason J. Bach, Esq.
THE BACH LAW FIRM, LLC
7881 W. Charleston Blvd
Suite 165
Las Vegas, NV 89117

Received by ALLIANCE PROCESS, INC. on the 10th day of October, 2017 at 1:59 pm to be served on **ST. MATTHEWS UNIVERSITY INC., REGISTERED AGENT: TERRY J. MOYA, 12124 HIGH TECH AVENUE, SUITE 290, ORLANDO, FL 32817.**

I, J.N. MEADOWS, being duly sworn, depose and say that on the **16th day of October, 2017 at 10:00 am**, I:

**CORPORATE OFFICER:** SERVED BY DELIVERING A TRUE COPY OF THE **SUMMONS IN A CIVIL ACTION, COMPLAINT (JURY DEMANDED)** WITH THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME, TO **JOHN MARVIN** AS **CHANCELLOR**, OF THE WITHIN NAMED CORPORATION IN THE ABSENCE OF ANY HIGHER RANKING OFFICIAL AS DEFINED IN SECTION 48.081 (1)(a), FLORIDA STATUTES.

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 18th day of October, 2017 by the affiant who is personally known to me.

NOTARY PUBLIC

BECKIE S. FIELDS
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF244961
Expires 8/5/2019

J.N. MEADOWS
SCID#476/ID#0174

ALLIANCE PROCESS, INC.
Post Office Box 547388
Orlando, FL 32854-7388
(407) 298-5811

Our Job Serial Number: SEB-2017003860

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2h