## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1) ALEXANDRA GUILLOU, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: CIV-17-988-HE |
| | ) | |
| v. | ) | |
| | ) | |
| 1) BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; | ) | |
| 2) STATE OF OKLAHOMA ex rel. OKLAHOMA STATE UNIVERSITY; | ) | |
| 3) ST. MATTHEWS UNIVERSITY, INC.; | ) | |
| 4) LUCINDA KERSHAW; | ) | |
| 5) DR. DANIEL BURBA; | ) | |
| 6) DR. CHRIS ROSS; and | ) | |
| 7) DR. MARGI GILMOUR, | ) | |
| | ) | |
| Defendants | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for the Defendants, Board of Regents for the Oklahoma Agricultural and Mechanical Colleges and State of Oklahoma ex rel. Oklahoma State University.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Dated: October 26, 2017.

Respectfully submitted,

/s/ Clinton W. Pratt
Clinton W. Pratt, OBA #21329
Assistant General Counsel
Board of Regents for the Oklahoma
Agricultural and Mechanical Colleges
5th Floor, Student Union Building
Oklahoma State University
Stillwater, OK 74078-7044
(405) 744-6494/Fax: (405) 744-7998
clint.pratt@okstate.edu
ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

R. Jack Freeman
GRAHAM & FREEMAN, PLLC
6226 East 101st Street, Suite 300
Tulsa, Oklahoma 74137-7117

Jason J. Bach
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117

/s/ Clinton W. Pratt
Clinton W. Pratt