IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALEXANDRA GUILLOU,<br><br>  Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS FOR THE<br>OKLAHOMA AGRICULTURAL<br>AND MECHANICAL COLLEGES;<br>STATE OF OKLAHOMA ex rel.<br>OKLAHOMA STATE UNIVERSITY;<br>ST. MATTHEWS UNIVERSITY, INC.;<br>LUCINDA KERSHAW; DR. DANIEL<br>BURBA; DR. CHRIS ROSS; and<br>DR. MARGI GILMOUR<br><br>  Defendants. | NO. CIV-17-988-HE |

## ENTRY OF APPEARANCE

To the clerk of this Court and all other parties of record:

Enter my appearance as counsel in this case for:

Defendant, St. Matthews University, Inc.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

*/s/ Sean W. Kilian*
Sean W. Kilian
 OBA #31117
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201

(214) 740-8000 (Telephone)
(214) 740-8800 (Telecopier)

**ATTORNEY FOR DEFENDANT
ST. MATTHEWS UNIVERSITY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2017 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

R. Jack Freeman
jfreeman@grahamfreeman.com
GRAHAM & FREEMAN, PLLC
6226 East 101st Street, Suite 300
Tulsa, Oklahoma 74137-7117
Telephone (918) 298-1716
Facsimile (918) 298-1728
*Attorneys for Plaintiff*

Jason J. Bach
jbach@bachlawfirm.com
THE BACH LAW FIRM, LLC
7881 W Charleston Blvd, Ste. 165
Las Vegas, NV 89117
Telephone (702) 925-8787
Facsimile (702) 925-8788
*Attorneys for Plaintiff*

Clinton W. Pratt
clint.pratt@okstate.edu
5th Floor, Student Union Bldg.
Stillwater, OK 74078
Telephone (405) 744-6494
Facsimile (405) 744-7998
*Attorney for Defendants, Board of Regents for the Oklahoma Agricultural and Mechanical Colleges and State of Oklahoma ex rel. Oklahoma State University*

        */s/ Sean W. Kilian*
        Sean W. Kilian