IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ALEXANDRA GUILLOU, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | NO. CIV-17-988-HE |
| BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; STATE OF OKLAHOMA ex rel. OKLAHOMA STATE UNIVERSITY; ST. MATTHEWS UNIVERSITY, INC.; LUCINDA KERSHAW; DR. DANIEL BURBA; DR. CHRIS ROSS; and DR. MARGI GILMOUR | § § § § § § § § § § § | |
| Defendants. | § | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all other parties of record:

Enter my appearance as counsel in this case for:

Defendant, St. Matthews University, Inc.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

/s/Jeremy Tubb
Jeremy Tubb, OBA #16739
**FULLER TUBB & BICKFORD, PLLC**
201 Robert S. Kerr Avenue, Suite 1000
Oklahoma City, Oklahoma 73102
(405) 235-2575 (Telephone)

(405) 232-8384 (Telecopier)
jeremy.tubb@fullertubb.com

**ATTORNEY FOR DEFENDANT
ST. MATTHEWS UNIVERSITY, INC.**

## CERTIFICATE OF SERVICE

  I hereby certify that on October 30, 2017 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| R. Jack Freeman<br>jfreeman@grahamfreeman.com<br>GRAHAM & FREEMAN, PLLC<br>6226 East 101st Street, Suite 300<br>Tulsa, Oklahoma 74137-7117<br>Telephone (918) 298-1716<br>Facsimile (918) 298-1728<br>*Attorneys for Plaintiff* | Jason J. Bach<br>jbach@bachlawfirm.com<br>THE BACH LAW FIRM, LLC<br>7881 W Charleston Blvd, Ste. 165<br>Las Vegas, NV 89117<br>Telephone (702) 925-8787<br>Facsimile (702) 925-8788<br>*Attorneys for Plaintiff* |

Clinton W. Pratt
clint.pratt@okstate.edu
5th Floor, Student Union Bldg.
Stillwater, OK 74078
Telephone (405) 744-6494
Facsimile (405) 744-7998
*Attorney for Defendants, Board of Regents for the Oklahoma Agricultural and Mechanical Colleges and State of Oklahoma ex rel. Oklahoma State University*

             */s/ Jeremy Tubb*
             Jeremy Tubb