**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ALEXANDRA GUILLOU,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **NO. CIV-17-988-HE** |
| | § | |
| **BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; STATE OF OKLAHOMA ex rel. OKLAHOMA STATE UNIVERSITY; ST. MATTHEWS UNIVERSITY, INC.; LUCINDA KERSHAW; DR. DANIEL BURBA; DR. CHRIS ROSS; and DR. MARGI GILMOUR** | § | |
| | § | |
| **Defendants.** | § | |

---

**ENTRY OF APPEARANCE**

---

To the Clerk of this Court and all other parties of record:

Enter my appearance as counsel in this case for:

Defendant, St. Matthews University, Inc.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

/s/Courtney Warmington
Courtney Warmington, OBA #18486
**FULLER TUBB & BICKFORD, PLLC**
201 Robert S. Kerr Avenue, Suite 1000
Oklahoma City, Oklahoma 73102
(405) 235-2575 (Telephone)

(405) 232-8384 (Telecopier)
cwarmington@fullertubb.com

**ATTORNEY FOR DEFENDANT
ST. MATTHEWS UNIVERSITY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2017 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

R. Jack Freeman
jfreeman@grahamfreeman.com
GRAHAM & FREEMAN, PLLC
6226 East 101st Street, Suite 300
Tulsa, Oklahoma 74137-7117
Telephone (918) 298-1716
Facsimile (918) 298-1728
*Attorneys for Plaintiff*

Jason J. Bach
jbach@bachlawfirm.com
THE BACH LAW FIRM, LLC
7881 W Charleston Blvd, Ste. 165
Las Vegas, NV 89117
Telephone (702) 925-8787
Facsimile (702) 925-8788
*Attorneys for Plaintiff*

Clinton W. Pratt
clint.pratt@okstate.edu
5th Floor, Student Union Bldg.
Stillwater, OK 74078
Telephone (405) 744-6494
Facsimile (405) 744-7998
*Attorney for Defendants, Board of Regents for the Oklahoma Agricultural and Mechanical Colleges and State of Oklahoma ex rel. Oklahoma State University*

*/s/Courtney Warmington*
Courtney Warmington