IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ALEXANDRA GUILLOU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | NO. CIV-17-988-HE |
| | § | |
| BOARD OF REGENTS FOR THE | § | |
| OKLAHOMA AGRICULTURAL | § | |
| AND MECHANICAL COLLEGES; | § | |
| STATE OF OKLAHOMA ex rel. | § | |
| OKLAHOMA STATE UNIVERSITY; | § | |
| ST. MATTHEWS UNIVERSITY, INC.; | § | |
| LUCINDA KERSHAW; DR. DANIEL | § | |
| BURBA; DR. CHRIS ROSS; and | § | |
| DR. MARGI GILMOUR | § | |
| | § | |
| Defendants. | § | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all other parties of record:

Enter my appearance as counsel in this case for:

Defendant, St. Matthews University, Inc.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

/s/Tiffany J. Wythe
Tiffany J. Wythe, OBA #21405
**FULLER TUBB & BICKFORD, PLLC**
201 Robert S. Kerr Avenue, Suite 1000
Oklahoma City, Oklahoma 73102
(405) 235-2575 (Telephone)

(405) 232-8384 (Telecopier)
Tiffany.Wythe@fullertubb.com

**ATTORNEY FOR DEFENDANT
ST. MATTHEWS UNIVERSITY, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on October 30, 2017 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

R. Jack Freeman
jfreeman@grahamfreeman.com
GRAHAM & FREEMAN, PLLC
6226 East 101st Street, Suite 300
Tulsa, Oklahoma 74137-7117
Telephone (918) 298-1716
Facsimile (918) 298-1728
*Attorneys for Plaintiff*

Jason J. Bach
jbach@bachlawfirm.com
THE BACH LAW FIRM, LLC
7881 W Charleston Blvd, Ste. 165
Las Vegas, NV 89117
Telephone (702) 925-8787
Facsimile (702) 925-8788
*Attorneys for Plaintiff*

Clinton W. Pratt
clint.pratt@okstate.edu
5th Floor, Student Union Bldg.
Stillwater, OK 74078
Telephone (405) 744-6494
Facsimile (405) 744-7998
*Attorney for Defendants, Board of Regents for the Oklahoma Agricultural and Mechanical Colleges and State of Oklahoma ex rel. Oklahoma State University*

                               /s/Tiffany J. Wythe
                               Tiffany J. Wythe