IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ALEXANDRA GUILLOU, | § § § § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | NO. CIV-17-988-HE |
| BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; STATE OF OKLAHOMA ex rel. OKLAHOMA STATE UNIVERSITY; ST. MATTHEWS UNIVERSITY, INC.; LUCINDA KERSHAW; DR. DANIEL BURBA; DR. CHRIS ROSS; and DR. MARGI GILMOUR | | |
| Defendants. | | |

### ST. MATTHEWS UNIVERSITY, INC.'S
### UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
### OR OTHERWISE RESPOND

Defendant St. Matthews University, Inc. ("St. Matthews") files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond and would show the Court as follows:

1. Plaintiff filed her Complaint on September 13, 2017.

2. Without the extension requested herein, St. Matthews' answer or other response to Plaintiff's Complaint is due by November 6, 2017.

3. No previous motions for extensions have been made.

4. In the interests of judicial economy, Plaintiff and St. Matthews have agreed

that St. Matthews shall not be obligated to answer or otherwise respond to Plaintiff's Complaint until December 4, 2017.

5. The extension requested herein will not have any impact on any scheduled trial or other deadlines.

## RELIEF REQUESTED

The precise relief requested is that St. Matthews shall not be obligated to answer or otherwise respond to Plaintiff's Complaint until December 4, 2017.

Respectfully submitted,

 */s/Sean W. Kilian*
Kimberly F. Williams
 (*pro hac vice* request forthcoming)
 kwilliams@lockelord.com
Sean W. Kilian
 OBA #31117
 skilian@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Telecopier)

and

Jeremy Tubb
 OBA #16739
 jeremy.tubb@fullertubb.com
Courtney K. Warmington
 OBA #18486
 cwarmington@fullertubb.com
Tiffany J. Wythe
 OBA#21405
 Tiffany.Wythe@fullertubb.com
**FULLER TUBB & BICKFORD, PLLC**
201 Robert S. Kerr Avenue, Suite 1000
Oklahoma City, Oklahoma 73102
(405) 235-2575 (Telephone)
(405) 232-8384 (Telecopier)

**ATTORNEYS FOR DEFENDANT**
**ST. MATTHEWS UNIVERSITY, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been sent via ECF electronic service, on this 30th day of October, 2017, to the following counsel of record:

| | |
|---|---|
| R. Jack Freeman | Jason J. Bach |
| jfreeman@grahamfreeman.com | jbach@bachlawfirm.com |
| GRAHAM & FREEMAN, PLLC | THE BACH LAW FIRM, LLC |
| 6226 East 101st Street, Suite 300 | 7881 W Charleston Blvd, Ste. 165 |
| Tulsa, Oklahoma 74137-7117 | Las Vegas, NV 89117 |
| Telephone (918) 298-1716 | Telephone (702) 925-8787 |
| Facsimile (918) 298-1728 | Facsimile (702) 925-8788 |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

Clinton W. Pratt
clint.pratt@okstate.edu
5th Floor, Student Union Bldg.
Stillwater, OK 74078
Telephone (405) 744-6494
Facsimile (405) 744-7998
*Attorney for Defendants, Board of Regents for the Oklahoma Agricultural and Mechanical Colleges and State of Oklahoma ex rel. Oklahoma State University*

                                                                           /s/Sean W. Kilian