IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ALEXANDRA GUILLOU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-17-0988-HE |
| | ) | |
| BOARD OF REGENTS FOR THE | ) | |
| OKALHOMA AGRICULTURAL AND | ) | |
| MECHANICAL COLLEGES, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendant St. Matthews University Inc.'s unopposed motion for extension of time [Doc. #22] is **GRANTED**. Defendant shall file its answer or other responsive pleading not later than **December 4, 2017**.

**IT IS SO ORDERED**.

Dated this 31st day of October, 2017.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE