## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) ALEXANDRA GUILLOU,  )<br>  )<br>   Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>1) BOARD OF REGENTS FOR THE  )<br>   OKLAHOMA AGRICULTURAL AND  )<br>   MECHANICAL COLLEGES;  )<br>2) STATE OF OKLAHOMA ex rel.  )<br>   OKLAHOMA STATE UNIVERSITY;  )<br>3) ST. MATTHEWS UNIVERSITY, INC.;  )<br>4) LUCINDA KERSHAW;  )<br>5) DR. DANIEL BURBA;  )<br>6) DR. CHRIS ROSS; and  )<br>7) DR. MARGI GILMOUR,  )<br>  )<br>   Defendants  ) | Case No.: CIV-17-988-HE |

## **ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for the Defendants, Board of Regents for the Oklahoma Agricultural and Mechanical Colleges and State of Oklahoma ex rel. Oklahoma State University.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Dated: November 3, 2017.

Respectfully submitted,

/s/ Stephen R. Stephens
Stephen R. Stephens, OBA #10479
General Counsel
Board of Regents for the Oklahoma
Agricultural and Mechanical Colleges
5th Floor, Student Union Building
Oklahoma State University
Stillwater, OK 74078-7044
(405) 744-6494/Fax: (405) 744-7998
steve.stephens@okstate.edu
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| R. Jack Freeman | Sean W. Kilian |
| GRAHAM & FREEMAN, PLLC | LOCKE LORD LLP |
| 6226 East 101st Street, Suite 300 | 2200 Ross Ave., Suite 2800 |
| Tulsa, Oklahoma 74137-7117 | Dallas, TX 75201 |
| *Attorney for Plaintiff* | *Attorney for Defendant St. Matthews University, Inc.* |
| | |
| Jason J. Bach | Jeremy Tubb |
| 7881 W. Charleston Blvd., Suite 165 | Courtney Warmington |
| Las Vegas, Nevada 89117 | Tiffany J. Wythe |
| *Attorney for Plaintiff* | FULLER TUBB & BICKFORD, PLLC |
| | 201 Robert S. Kerr Ave., Suite 1000 |
| | Oklahoma City, OK 73102 |
| | *Attorneys for Defendant St. Matthews University, Inc.* |

/s/ Stephen R. Stephens
Stephen R. Stephens