# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1) ALEXANDRA GUILLOU, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: CIV-17-988-HE |
| | ) | |
| v. | ) | |
| | ) | |
| 1) BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; | ) ) ) | |
| 2) STATE OF OKLAHOMA ex rel. OKLAHOMA STATE UNIVERSITY; | ) ) | |
| 3) ST. MATTHEWS UNIVERSITY, INC.; | ) | |
| 4) LUCINDA KERSHAW; | ) | |
| 5) DR. DANIEL BURBA; | ) | |
| 6) DR. CHRIS ROSS; and | ) | |
| 7) DR. MARGI GILMOUR, | ) | |
| | ) | |
| Defendants | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for the Defendants, Board of Regents for the Oklahoma Agricultural and Mechanical Colleges and State of Oklahoma ex rel. Oklahoma State University.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Dated: November 3, 2017.

Respectfully submitted,

/s/ Stephen R. Stephens
Stephen R. Stephens, OBA #10479
General Counsel
Board of Regents for the Oklahoma
Agricultural and Mechanical Colleges
5th Floor, Student Union Building
Oklahoma State University
Stillwater, OK 74078-7044
(405) 744-6494/Fax: (405) 744-7998
steve.stephens@okstate.edu
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| R. Jack Freeman<br>GRAHAM & FREEMAN, PLLC<br>6226 East 101st Street, Suite 300<br>Tulsa, Oklahoma 74137-7117<br>*Attorney for Plaintiff* | Sean W. Kilian<br>LOCKE LORD LLP<br>2200 Ross Ave., Suite 2800<br>Dallas, TX 75201<br>*Attorney for Defendant St. Matthews University, Inc.* |
| Jason J. Bach<br>7881 W. Charleston Blvd., Suite 165<br>Las Vegas, Nevada 89117<br>*Attorney for Plaintiff* | Jeremy Tubb<br>Courtney Warmington<br>Tiffany J. Wythe<br>FULLER TUBB & BICKFORD, PLLC<br>201 Robert S. Kerr Ave., Suite 1000<br>Oklahoma City, OK 73102<br>*Attorneys for Defendant St. Matthews University, Inc.* |

/s/ Stephen R. Stephens
Stephen R. Stephens