IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ALEXANDRA GUILLOU, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | NO. CIV-17-988-HE |
| BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; STATE OF OKLAHOMA ex rel. OKLAHOMA STATE UNIVERSITY; ST. MATTHEWS UNIVERSITY, INC.; LUCINDA KERSHAW; DR. DANIEL BURBA; DR. CHRIS ROSS; and DR. MARGI GILMOUR | § § § § § § § § § § § § | |
| Defendants. | § § | |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR KIMBERLY F. WILLIAMS

Jeremy Tubb hereby applies, pursuant to LCvR 83.3(b), for the Court's permission for Kimberly F. Williams to appear as counsel *pro hac vice* for Defendant, St. Matthews University, Inc., in this case.

1. I am an active member in good standing of the bar of the Supreme Court of the State of Oklahoma (State Bar No. 16739). I am also admitted to practice in this Court, the United States District Courts of the Eastern and Northern Districts of Oklahoma and the United States Court of Appeals for the Tenth Judicial Circuit. I submit this request for the Court's permission that Kimberly F. Williams of Locke Lord LLP may appear as counsel *pro hac vice* for Defendant, St. Matthews University, Inc., in this action.

2.      Ms. Williams is an active member in good standing of the bar of the State of Texas (State Bar No. 24050592). She is admitted to practice before the state courts of Texas, the U.S. district Court for the Northern District of Texas, the U.S. District Court for the Eastern District of Texas, and the U.S. District Court for the Southern District of Texas. (See attached Exhibit 1), Request for Admission *Pro Hac Vice*.) She is counsel for the Defendant, St. Matthews University, Inc. Her business address is 2200 Ross Avenue, Suite 2800, Dallas, Texas 75201, her telephone number is (214) 740-8000, and her fax number is (214) 740-8800.

3.      Ms. Williams has never been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee, or administrative body.

4.      No proceeding that could lead to any such disciplinary action has been instituted against Ms. Williams.

5.      Ms. Williams is familiar with the Federal Rules of Evidence, the Federal Rules of Civil Procedure and the local rules of this Court.

I request the Court's permission for Ms. Williams to be allowed to appear as counsel *pro hac vice* to represent St. Matthews University, Inc. with me on this case.

I declare under penalty of perjury under the laws of the State of Oklahoma that the foregoing is true and correct.

DATED this 10th day of November 2017.

/s/Jeremy Tubb
Jeremy Tubb, OBA #16739
**FULLER TUBB & BICKFORD, PLLC**

201 Robert S. Kerr Avenue, Suite 1000
Oklahoma City, Oklahoma 73102
(405) 235-2575 (Telephone)
(405) 232-8384 (Telecopier)
jeremy.tubb@fullertubb.com

**ATTORNEY FOR DEFENDANT**
**ST. MATTHEWS UNIVERSITY, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on November 10, 2017 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| R. Jack Freeman | Jason J. Bach |
| jfreeman@grahamfreeman.com | jbach@bachlawfirm.com |
| GRAHAM & FREEMAN, PLLC | THE BACH LAW FIRM, LLC |
| 6226 East 101st Street, Suite 300 | 7881 W Charleston Blvd, Ste. 165 |
| Tulsa, Oklahoma 74137-7117 | Las Vegas, NV 89117 |
| Telephone (918) 298-1716 | Telephone (702) 925-8787 |
| Facsimile (918) 298-1728 | Facsimile (702) 925-8788 |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

Clinton W. Pratt
clint.pratt@okstate.edu
5th Floor, Student Union Bldg.
Stillwater, OK 74078
Telephone (405) 744-6494
Facsimile (405) 744-7998
*Attorney for Defendants, Board of Regents for the Oklahoma Agricultural and Mechanical Colleges and State of Oklahoma ex rel. Oklahoma State University*

                                                */s/ Jeremy Tubb*
                                                Jeremy Tubb