IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALEXANDRA GUILLOU, | ) |
| Plaintiffs, | ) |
| vs. | ) NO. CIV-17-0988-HE |
| BOARD OF REGENTS FOR THE AGRICULTURAL AND MECHANICAL COLLEGES, ET AL., | ) |
| Defendants. | ) |

### ORDER

The motion for admission *pro hac vice* [Doc. #26] of Kimberly F. Williams, Esq., to practice before the United States District Court for the Western District of Oklahoma is **GRANTED**, conditioned on the filing of an entry of appearance and registration for electronic case filing by the applicant within **seven (7) days** from entry of this order. *See* LCvR83.4 and 83.2(g).

Information is available on the court's website at www.okwd.uscourts.gov.

**IT IS SO ORDERED**.

Dated this 13th day of November, 2017.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE