## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ALEXANDRA GUILLOU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-17-988-HE |
| | ) | |
| BOARD OF REGENTS FOR THE | ) | |
| OKLAHOMA AGRICULTURAL | ) | |
| AND MECHANICAL COLLEGES; | ) | |
| STATE OF OKLAHOMA ex rel. | ) | |
| OKLAHOMA STATE UNIVERSITY; | ) | |
| ST. MATTHEWS UNIVERSITY, INC.; | ) | |
| LUCINDA KERSHAW; | ) | |
| DR. DANIEL BURBA; | ) | |
| DR. CHRIS ROSS; and | ) | |
| DR. MARGI GILMOUR, | ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the Defendants, Lucinda Kershaw, Dr. Daniel Burba, Dr. Chris Ross and Dr. Margi Gilmour.  I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Dated December 4, 2017.

*/s/ Margaret McMorrow-Love*
Margaret McMorrow-Love, OBA No. 5538
The Love Law Firm
228 Robert S. Kerr, Suite 540

1

Oklahoma City, Oklahoma 73102
405-235-3848
405-235-3863–fax
***Attorney for Defendants, Lucinda Kershaw,***
***Dr. Daniel Burba, Dr. Chris Ross***
***and Dr. Margi Gilmour***

## CERTIFICATE OF SERVICE

I certify that on December 4, 2017, the forgoing pleading was electronically filed with the Clerk of the Court using the ECF System and notice will be given to all counsel of record via the ECF System including:

| | |
|---|---|
| R. Jack Freeman | jfreeman@grahamfreeman.com |
| Jason J. Bach | jbach@bachlawfirm.com |
| Clinton W. Pratt | clint.pratt@okstate.edu |
| Stephen R. Stephens | steve.stevens@okstate.edu |
| Courtney K. Warmington | cwarmington@fullertubb.com |
| J. Jeremy Tubb | jeremy.tubb@fullertubb.com |
| Kimberly F. Williams | kwilliams@lockelord.com |
| Sean W. Kilian | skillian@lockelord.com |
| Tiffany J. Wythe | tiffany.wythe@fullertubb.com |

*/s/ Margaret McMorrow-Love*
Margaret McMorrow-Love