# St. Matthew's University
## SCHOOL OF VETERINARY MEDICINE

### "IMPROVING LIFE BY DEGREES"



# OFFICIAL CATALOG
## VOLUME 2, NO. I
### 2013 – 2015

GRAND CAYMAN · BRITISH WEST INDIES



**EXHIBIT**

tabbies

2



St. Matthew's University
School of Veterinary Medicine
Official Catalog
2013–2015
Grand Cayman • British West Indies



# CONTENTS

| | |
|---|---|
| Dean's Message | 1 |
| Our Mission | 2 |
| The St. Matthew's University Difference | 4 |
| Credentials · Location | 5 |
| What's Around Campus | 6 |
| Cayman Life | 7 |
| Admissions | 10 |
| Financial Information | 12 |
| Scholarships | 14 |
| Curriculum | 15 |
| Administration | 22 |
| Faculty | 23 |
| Standards for Performance | 30 |
| Student Services | 34 |
| Student Government and Organizations | 36 |



**Karen Rosenthal**
DVM, MS
Associate Dean of Academic Affairs

Welcome to the School of Veterinary Medicine at St. Matthew's University! We are very happy that you chose St. Matthew's to pursue your veterinary education. You can rest assured that you have made the right choice. We are as committed to your dreams as you are; we do everything we can to help you reach your goal of becoming a successful veterinarian.

Here at St. Matthew's, you will find dedicated, highly credentialed faculty and staff always willing to assist you to meet your educational needs. We maintain small class sizes so that you receive a personalized education with extremely low student to faculty ratios. Faculty advisors and student mentors are assigned to incoming students, and counseling and tutoring services are readily available. Our faculty and administration have teaching and leadership experience at a broad range of top North American veterinary colleges. Our close contact with the School of Medicine here at St. Matthew's provides opportunities for collaborative seminars, research and teaching.

The Cayman Islands offer a wonderful setting for the study of veterinary medicine. The island has a rich variety of companion animals, large animals, and wildlife. Our Clinical Teaching Facility, adjacent to the Cayman Department of Agriculture, offers many opportunities for clinical training. Students travel to farms, learn large animal handling techniques and expand their knowledge and skills in diagnostic and treatment procedures. In addition to being a breathtakingly beautiful location, Grand Cayman is one of the safest and most advanced islands in the Caribbean. After spending two years and four months studying with us on Grand Cayman, you will move on to a year of clinical instruction at one of our premier affiliated veterinary schools in the United States or Canada.

Our curriculum emphasizes a strong work ethic, being a team player, having compassion for the patients, and a continuing curiosity for the developing science of veterinary medicine. We look forward to assisting you as you pursue your dream of becoming a successful veterinarian.

Sincerely yours,

Karen Rosenthal, DVM, MS

1



# OUR MISSION

St. Matthew's University was founded in 1997, and the School of Veterinary Medicine was established in 2005.

At the core of our mission is a commitment to the success of our students. Our aim is to provide qualified students from around the globe with the best veterinary training available.   We are committed to achieving our mission by:

• Providing students with the knowledge and skills needed to practice veterinary medicine in the 21st century

• Helping students acquire the judgment and confidence necessary to become competent veterinarians



2



- Motivating students to pursue knowledge outside the classroom, both during their tenure at St. Matthew's and throughout life

- Creating an environment in which students and faculty interact with each other, their patients, and the community with compassion and integrity

- Engaging faculty and students in the understanding and active practice of research which furthers their knowledge of the process of science and increases their appreciation of the balance between research and the artful practice of veterinary medicine



3

# THE ST. MATTHEW'S UNIVERSITY DIFFERENCE

## Proven Quality of Education

St. Matthew's University School of Veterinary Medicine offers students an education that is completely dedicated to the success of our students. The result is a proven quality education.

1. **Recognition:** Earned Affiliate Membership in the American Association of Veterinary Medical Colleges. Achieved listing with the American Veterinary Medical Association.
2. **Pass Rates:** North American Veterinary Licensing Examination pass rates near parity with students from U.S. veterinary schools and well above the average level of students from other non-U.S. schools.
3. **Licensing:** Fully chartered by the Cayman Islands Ministry of Health Services and Agriculture.
4. **Faculty:** Faculty and administration with teaching and leadership experience at a broad range of top North American veterinary colleges.
5. **Clinical Rotations:** Premier clinical training sites at top U.S. and Canadian colleges of veterinary medicine.

## Commitment to Student Success

At SMU, we are as committed to your dreams as you are. Throughout your ten semesters with us, we will do everything we can to ensure your success by supporting all aspects of your education and life.

1. **Very Low Student to Faculty Ratio:** With the smallest class sizes of any veterinary school in North America, you will have an unprecedented level of faculty support and attention.
2. **Focus on Teaching:** Dedicated, talented faculty whose time commitments are focused on teaching and mentoring.
3. **Student Mentors:** Student mentors understand about adjusting to life in veterinary school, and are eager to see you succeed.
4. **Best Value:** Most affordable tuition of any Caribbean veterinary school.
5. **Accelerated Schedule:** Complete your Basic Science education on Grand Cayman in just 28 months, and then return to the U.S. or Canada for clinical training, with the ability to complete vet school in just over three years.
6. **Concurrent Degree Program:** Students can earn an MBA while completing their DVM.

## Top Location and Facilities

Grand Cayman is not only a beautiful location for our campus; it is also one of the safest and most advanced islands in the Caribbean. The Cayman Islands were named the World's Friendliest Nation via a survery published by Forbes.com. There is no better place to study veterinary medicine.

1. **Pre-clinical Training:** Beginning in your very first semester, you will be exposed to clinical training opportunities at our multi-million dollar Surgical Teaching Facility as well as on field visits around Grand Cayman.

2. **Advanced Infrastructure:** As the fifth largest financial center in the world and with a thriving tourist industry, Grand Cayman has a highly developed infrastructure which is very comparable to the U.S.

3. **Lifestyle:** The Cayman Islands enjoy one of the highest per capita incomes in the world. Grand Cayman has hundreds of restaurants, scores of banks, world-class hotels, and many opportunities for diving, horse back riding, and other recreation.

4. **Safety:** Grand Cayman has one of the lowest crime rates in the Caribbean.

5. **Healthcare:** The Cayman Islands has a world class health care system including two state-of-the-art hospitals, and boasts one of the highest ratios of physicians to its population in the Caribbean.

6. **Culture:** As part of the British West West Indies, the Cayman Islands is an English-speaking country which combines British civility, American efficiency, and Caribbean charm.

7. **Convenience:** Grand Cayman is less than an hour's flight from Miami, and also has direct flights from Atlanta, Chicago, Charlotte, Houston, New York, Tampa, Toronto, and other international locations.

8. **Campus:** Modern, state-of-the-art Cayman campus facilities include wireless technology available throughout the bright, air-conditioned classrooms, labs, library and student lounges.

9. **Housing:** Students live in inviting residence suites with internet access, swimming pools, and easy access to Seven Mile Beach.

## Credentials

- The Government of the Cayman Islands, B.W.I. has fully chartered the School of Veterinary Medicine at St. Matthew's University
- The School is an Affiliate Member of the Association of American Veterinary Medical Colleges
- Graduates can pursue licensure to practice in all 50 U.S. States, Canada and Puerto Rico by either of two routes: the Educational Commission for Foreign Veterinary Graduates (ECFVG) or the National Board of Veterinary Medical Examiners, which uses the PAVE exam followed by the National Veterinary Licensing Examination

### Cayman Islands • British West Indies



# WHAT'S AROUND CAMPUS













SHOPPING • DINING • BANKING • HEALTH & BEAUTY • LEISURE

# CAYMAN LIFE

## Grand Cayman

Within the vibrant blue waters of the Caribbean is Grand Cayman, one of the three Cayman Islands. Not only does Grand Cayman offer some of the most pristine beaches and world-class diving, it boasts numerous attractions, shopping opportunities and points of interest, including the capital city of Georgetown. As the largest of the three islands, Grand Cayman offers many familiar amenities and modern conveniences from dining to transportation, entertainment and healthcare. You are sure to feel at home.

Only 480 miles from Miami, Florida, 50 miles south of Cuba and 180 miles northwest of Jamaica, the island is easily accessible. There are at least 55 flights per week entering Grand Cayman and 28 from Miami, Florida alone. Major carriers such as Cayman Airways, American Airlines, Continental, Delta, Northwest and U.S. Air offer direct flights from major cities including Chicago, Toronto, New York, Charlotte, Atlanta, Houston, Tampa, Miami and London.

The Cayman Islands' remarkable success as a financial center and tourist destination has transformed the nation into a dynamic society that has every modern convenience but still retains the charm and vibrancy of the Caribbean. People from more than 100 countries live and work in this British Overseas Territory, creating a lively and unique blend of cultures.

While the diverse accents and idioms of Caymanians, Jamaicans, Europeans, Hondurans, and Filipinos may take some getting use to, there is no denying the hospitality of the local people, the superb weather, stunning beaches and great restaurants and nightlife that make the transition to this new country easy, as well as exciting. As an integral part of this exceptional community, St Matthew's offers students a quality of life that few universities in any part of the world can match.

The Cayman Islands:
- Provides a world class health care system with one of the highest ratios of physicians to its population in the Caribbean
- Enjoy one of the highest per capita incomes in the world
- Offer stability, a strong tourism trade, a safe community, and highly developed technology and health care resources
- Has one of the lowest crime rates in the Caribbean and a lower crime rate than the U.S.

## Dining

In recent years, Cayman has emerged as a culinary playground for chefs and a paradise for people who appreciate excellent food. From haute cuisine, to casual waterfront bars and restaurants, to Jamaican-style "Jerk" chicken and pork at roadside stands across the island, there is something for everyone. Diners can choose from traditional Caymanian, Mediterranean, American, Indian, Chinese, Thai and Tex Mex restaurants, or even familiar franchises like Burger King, Wendy's, Kentucky Fried Chicken and Domino's Pizza. Choices range from 5-star sushi to pasta alfresco served by serenading Italian waiters. How about Tea at the Ritz? The Ritz Carlton, Cayman serves an elegant tea with all the trimmings in the Silver Palm Lounge every afternoon (pre-booking highly recommended). Craving for local food, such as turtle stew, fish rundown and stewed conch, can be satisfied at Caymanian hot-spots like Welly's Cool Spot, Champion House and Corita's Copper Kettle.

## Diving

Some of the most vibrant coral reef systems in the world exist in Cayman waters, which offer wonderful opportunities to scuba dive, snorkel and swim in tropical seas that are warm year round. Since the main campus and residence halls are just steps away from the famous Seven Mile Beach, students can literally walk out of their class and across the street for a quick swim, snorkel, sunset volleyball game, or even to study on the beach.

The calm waters and 200-foot visibility under water make the Cayman Islands an ideal place to build experience and confidence in scuba diving and snorkeling. Divers and snorkelers can swim with the friendly rays at Stingray City, or experience the magic of swimming among a school of Yellowtail fish, or see up close various species of turtles, parrotfish, lobster, eels, sea urchins and squid that populate the famous coral reefs.

As a premier dive destination, Cayman has a wide choice of local dive operators that offer beginner and advanced scuba courses, as well as affordable dive trips for certified divers. For those with hectic schedules or divers who want to avoid a crowded dive boat, there are plenty of gorgeous dive sites that are an easy swim from shore.

## Leisure & Recreation

Aside from the world class diving, Cayman has a plethora of activities and points of interest -- from Stingray City where you can swim with the rays, to the Cayman Islands National Museum which overlooks George Town harbor and houses natural and cultural histories. Cayman offers a unique mix of island entertainment. Just like at home, Hollywood Theaters at Camana Bay offers a state of the art, six screen, stadium seating

CAYMAN LIFE

cinema. With over 33 sporting associations, you are bound to find a league -- whether it's baseball, basketball, flag football, ball hockey, cricket, cycling or soccer. There are also multiple gyms on the island as well as endless water sports including diving, sailing clubs, and kayaking. Nightclubs along Seven Mile Beach provide a wide choice of dancing, including hip-hop, reggae, disco, rave, country western, and Latin. Hotels and restaurants, such as the Wharf, Marriott and the Ritz Carlton, are sparking off new trends with themed nights on a monthly or weekly basis, such as disco or smooth Latin beat by the pool. For a more casual experience, numerous bars and pubs dotting the island offer a cold drink while watching the sun set over the ocean or their favorite sport on TV, or joining in a noisy game of Dominoes - a popular Caribbean pastime.

## Climate

The weather in Grand Cayman is pleasant year round with temperatures ranging from 70° to the mid 80°'s. The rainy season usually lasts from May to November; however the rains are usually brief and the sun soon returns. Cayman does have a winter, from December to April, which is when there is infrequent rain and the cool breezes return. Hurricane season runs from June 1st to November 30th and Cayman is well prepared. Hurricane information packs are available from the Government Information Services in Cricket Square.

## Telecommunications

State-of-the-art telecommunications services are offered on the island. These services include local and long distance calling, mobile phones, faxing, cable and internet. Service is comparable to that found in the U.S. The main providers are Cable & Wireless, Digicel, WestTel, and TeleCayman.

All Cayman mobile phone service providers use GSM technology. It would be best to consult with your existing provider to ensure that your mobile phone is compatible. As a guideline, CDMA is the technology used by Verizon and Sprint in the USA, and Telus and Bell in Canada. GSM is the technology used by Vodaphone, O2 and Orange in Europe, T-Mobile in the USA, and Rogers Wireless and Microcell in Canada.

For more telecommunication information please visit **http://www.caymannewresident.com/page_id_30.html**

## Health Care

Offering both state and private health care facilities, Cayman has an excellent health care system. A wide range of specialists, including visiting doctors from the U.S. and elsewhere operate from private clinics. Grand Cayman is well served by private dentists and optometrists. There are also two hospitals on the island, The Cayman Islands Hospital and The Chrissie Tomlinson Memorial Hospital, as well as numerous pharmacies. Many pharmacies have multiple branches, and both Foster's Food Fair and Kirk Supermarket have in-store pharmacies open 12 hours a day. For a list of local health care contacts please visit.

**http://www.caymanchamber.ky/relocation/healthcare.htm** or **http://www.caymannewresident.com/page_id_11.html**.

## Currency

Although the U.S. dollar is not the official currency of The Cayman Islands, it is widely accepted on the island, as are money orders and credit cards. Many merchants quote their prices in both Cayman Island dollars and U.S. dollars and you can pay in either currency. If you pay in U.S. dollars, you will likely receive your change in Cayman dollars.

## Banking

As the fifth largest financial district in the world, banking options in Cayman are endless. Butterfield Bank, Cayman National Bank, Fidelity Bank, FirstCaribbean International Bank, Scotiabank and Royal Bank of Canada offer electronic and online banking.

## Moving with Pets

Pets are allowed to be brought to Cayman. An import permit or valid animal passport issued by the Department of Agriculture and an official health certificate issued by a government employed or accredited veterinary inspector in the country of origin is required for the importation of dogs and cats. For further information, please visit the Chamber of Commerce at

**http://www.caymanchamber.ky/relocation/pets.htm**.

## Transportation

There are many options for navigating the island. People from all the major European countries, most major English speaking countries (including the United States, New Zealand, Australia, Canada and South Africa), and the following Caribbean countries – Jamaica, Barbados, Dominican Republic, Cuba, and Trinidad and Tobago, are entitled to obtain a Cayman driving license without having to take any further tests. If in doubt call the Licensing Department on 345-945-8344 or visit:

**http://www.dvdl.gov.ky/**. You must apply for a Cayman license within three months of arriving. Please remember driving is on the left side of the road like in the U.K. Cayman also offers rentals, leasing, and has numerous dealerships for purchasing a vehicle. The island also has a wonderful bus system with seven bus routes, and the buses each have a distinctive colored circle on the front and rear with a route number in the middle. Residents also have the option of having their vehicles imported onto the island.

Please visit New Resident for further details **http://www.caymannewresident.com/page_id_9.html**

## Schools

The Caymanian school system is based upon the English learning system. Cayman offers primary schools in each district for children 4-11 years of age as well as government high schools, a community college, a university college and a



law school. Private schools are also abundant on the island including but not limited to, Cayman Prep & High School, Cayman International School, First Baptist Christian School, Montessori By The Sea and St. Ignatius Catholic School. The classes are taught in English, as it is the main language of the island. Children starting pre-school can begin at the age of two and for primary school the starting age depends on whether they will be attending a British school such at St. Ignatius or American school such as Cayman International School. British schools require children be the age of four by September and American schools require the age of five by September. For further information and a detailed listing of schools, please visit The Chamber of Commerce at :

**http://www.caymanchamber.ky/relocation/school.htm** or New Resident at:

**http://www.caymannewresident.com/page_id_13.html**.

CAYMAN LIFE

# ADMISSIONS

## ADMISSIONS CRITERIA

Please see our website for the most current information on admissions requirements.

Each candidate is evaluated on the basis of these factors:

- **Academic background**
- **Overall grade point average**
- **Science grade point average**
- **Strength of major/minor**
- **GRE scores (recommended but not required)**
- **Letters of reference**
- **Personal statement**
- **Activities that demonstrate service to the community and to animals**
- **Personal interview**

We recognize that since veterinary medicine deals with people as well as animals, an understanding of literature, art, history, ethics, and philosophy is an asset to a veterinarian. Science and humanities are not mutually exclusive and both are viewed as beneficial for the practice of veterinary medicine. It is strongly recommended that students be computer literate. The following list of courses and credits indicates the minimal prerequisites that applicants must complete prior to admission to the veterinary school. Any student who has successfully completed these prerequisite courses will be considered for admission.

| Course name | Semester hrs. | Quarter hrs. |
| --- | --- | --- |
| General Biology* | 8 | 12 |
| General Chemistry* | 8 | 12 |
| Organic Chemistry* | 4 | 6 |
| Biochemistry | 3 | 5 |
| Language Arts (English)** | 3 | 5 |
| College Math | | |
| or Computer Science | 3 | 5 |

*These courses must have laboratory work.
**A student may substitute any course that has a writing component for the Language Arts requirement.

## ADMISSIONS COMMITTEE

The committee reviews completed applicant files for the upcoming semester. The application files are reviewed by admissions staff in Orlando and by members of the faculty of the School of Veterinary Medicine. The committee reviews the application to ensure that all specific prerequisite courses have been taken. The committee selects those students who exhibit the strongest potential to flourish in the rigorous curriculum in veterinary medicine and who possess the potential to become a professional and ethical member of the profession. Candidates who meet the admissions criteria will be interviewed prior to a final decision. Applicants should submit materials early and ensure that their application file is complete. The admissions committee will not review incomplete documentation.

## WE ARE HERE TO HELP

At St. Matthew's University, our team of admissions advisors are pleased to assist you and respond to any concerns promptly and professionally. Please feel free to contact our friendly and knowledgeable admissions advisors at:

**Phone: 800.498.9700 or 407.488.1700
Email: admissions@stmatthews.edu**

**Admissions Department
St. Matthew's University
12124 High Tech Avenue, Suite 350
Orlando, FL 32817**

Due to our rolling admissions, there is no deadline to apply. However, seats in each class are competitive and early applicants will have the advantage of securing a place in the semester of their choice. Semesters begin in September, January, and May.

## PERSONAL STATEMENT

Applicants must submit a personal statement with the application form. This offers an opportunity for the applicant to describe personal attributes, characteristics and interests that support a decision to study veterinary medicine. The admissions committee is interested in participation in research projects, hobbies and health-related employment or experiences. Use specific examples to demonstrate motivation, commitment to pursue a veterinary medical career and the ability to work with people. Compassion, empathy and the ability to deal with everyday problems are considered important qualities. We focus as much on the determination and life experience of our candidates as on their academic background.

## LETTERS OF RECOMMENDATION

Confidential appraisals by college advisors, instructors, or veterinarians are a very important part of the application. These recommendations may also include a letter from a peer. Ask for recommendations from individuals who can give a concise and thorough assessment of your personality, industry, reliability and motivation. Applicants are given the option of signing a waiver regarding the confidentiality of these letters. At least two letters of recommendation are requested from each applicant.

## INTERNATIONAL TRANSCRIPTS

Students with academic transcripts from outside the United States or Canada must have them evaluated on a course-by-course basis by an evaluation service such as World Evaluation Services (www.wes.org), Josef Silny & Associates, Inc. (www.jsilny.com) or a service that is a National Association of Credential Evaluation Services (NACES) member (www.naces.org).

## INTERVIEW

When a candidate is favorably considered, the admissions committee schedules an interview. For all new students, the interview may be in person or by conference call.

The interview serves both the applicants and the committee by providing an opportunity for the applicant to ask pertinent questions and introduce any special circumstances that should be considered. The committee gains the opportunity to determine if the candidate demonstrates the personal qualities that are required in a good veterinarian. These qualities include motivation, commitment to a veterinary medical career, empathy, compassion, maturity and flexibility in dealing with problems.

## NOTIFICATION OF ACCEPTANCE

Letters of acceptance or non-acceptance are mailed within one week after the admissions committee has reached a decision. Students who are accepted are asked to return a letter of intent within a week. The letter of intent must be accompanied with a seat deposit fee to reserve a place in the upcoming class. This seat deposit fee is part of the first semester tuition.

## RE-APPLICATION

Unsuccessful applicants may reapply by repeating the admissions process. A new application form, a new personal statement and new letters of recommendation must be submitted along with the application fee payable to St. Matthew's University School of Veterinary Medicine.

## ADVANCED STANDING AND TRANSFER STUDENTS

Applications for admission with advanced standing are welcomed from students from veterinary schools recognized by the American Veterinary Medical Association (AVMA) and or the American Association of Veterinary State Boards (AAVSB). Transfer students undergo the same admissions process as first-time applicants in that they must submit a complete application packet to ensure a timely review. Acceptance of transfer credit is at the discretion of the University. We encourage applications from people with related work experience. However, veterinary technicians and assistants will not be granted advanced standing based on work experience.

The University will submit transcripts to any university or college for a student requesting a transfer if that student is in good standing. However, acceptance of credits is at the sole discretion of the other institution.

## APPLICATION CHECKLIST:

A completed application file will include:
- · Completed application form*
- · Official academic transcripts
- · Two letters of recommendation
- · Official GRE scores (recommended but not required)
- · Personal statement
- · Nonrefundable application fee of $75 U.S.
  ($50 of which is nonrefundable for Florida residents)
- · Six current passport photos (one as profile)
- · Current resume
- · Evidence of financial support
- · Copy of passport

\* A completed VMCAS application can be submitted in lieu of the St. Matthew's University form.



# FINANCIAL INFORMATION



## TUITION AND FEES

Tuition and fees are billed on a semester basis for students in Basic Sciences and in Clinical Sciences. Tuition and fees for students in Basic Sciences are due upon registration but no later than fifteen days prior to the first day of classes. Non-payment by the first day of classes may result in registration being canceled.

Tuition and fees are subject to change. They must be paid by U.S. $ personal check, money order, or travelers check. Students with an outstanding balance are not eligible to register for the next semester without clearing up that outstanding balance to the satisfaction of the Financial Office. For students in both Basic Sciences and Clinical Sciences, a U.S. $100 late fee will be assessed if tuition and fees are not paid on time.

## CLINICAL SCIENCES

Tuition and fees are charged for all fourth year clinical rotations. Tuition and fees for students in the Clinical Sciences are due prior to registration and at least 30 days prior to the commencement of the semester and/or of the clinical rotation. Students who delay in proceeding through their fourth year clinical rotations may be charged for additional clinical semesters. Additional charges may be due during fourth year if students participate at an affiliate school with costs exceeding the standard St. Matthew's University subsidy rate.

## TUITION AND FEES
### (U.S. $), EFFECTIVE FALL 2013

| | |
|---|---:|
| Basic Sciences Tuition *(per semester)* | $11,375.00 |
| Clinical Sciences Tuition *(per semester)* | $18,500.00 |
| Internet Technology Fee* *(per semester)* | $100.00 |
| Administrative Fee *(per semester)* | $175.00 |

## ONE TIME FEES

| | |
|---|---:|
| Non-Refundable Application Fee | $75.00 |
| Cayman Entry Fee** | $356.10 |
| Seat Deposit *(credited against first semester tuition)* | $500.00 |

## MISCELLANEOUS FEES

| | |
|---|---:|
| Tuition for less than 11 credits *(per credit hour)* | $654.00 |
| Malpractice Insurance - *(Clinical Science Only, per year)* | $20.00 |
| Health Insurance *(per semester, unless proof of coverage)* | $420.00 |
| Transcript Request | $10.00 |
| Letter of Reference, First 3 free, thereafter | $10.00 |
| Document copies up to 15pgs. *(Over 15pgs., $1 per page)* | $15.00 |
| White Coat Fees | $60.00 |
| Recreation Fee *(Cayman Only)* | $29.00 |
| Leave of Absence Fee | $500.00 |
| Graduation Fee | $500.00 |
| Lab Fees | $150-200.00 |
| Late Registration Fee | $250.00 |
| Late Payment Fee | $100.00 |
| Returned Check Fee | $35.00 |

*Laptops required of all students **Cayman Island Government Fee



# BASIC SCIENCE REFUND POLICY

All refunds will be made within thirty (30) days of the withdrawal date. Before any refund can be initiated, a withdrawal form must be completed and submitted to the Dean.

Basic Science tuition will be refunded according to the following schedule*:

| | |
|---|---|
| Prior to the start of the semester | 100% |
| During the first week of the semester | 93% |
| During the second week of the semester | 87% |
| During the third week of the semester | 80% |
| During the fourth week of the semester | No refund |

# CLINICAL SCIENCE REFUND POLICY

Any student withdrawing from a fourth year clinical rotation, subsequent to assignment and acceptance, will not be subject to a refund on tuition for that semester of rotation.

Any new applicant to St. Matthew's University requesting withdrawal within three days of payment of the seat deposit to St. Matthew's shall receive a full refund of all tuition and fees paid.

*All fees, including the first semester seat deposit fee of $500.00 and the $75.00 application fee are excluded from this refund policy and are not refundable after the first three days' exemption as previously described.*

# OTHER CHARGES

Students attending Basic Sciences in Grand Cayman will be billed monthly for miscellaneous charges. Payment is due upon receipt of these invoices. Non-payment of accounts will result in the loss of credit privileges on campus.

# FINANCIAL ASSISTANCE

Since its founding, St. Matthew's University has always been able to offer a cost-effective tuition when compared to other veterinary schools. At the same time, it has been able to maintain its rigorous academic and professional standards, making it a wise choice for those dreaming of becoming a veterinarian. The Office of Financial Aid is here to assist enrolled students with their financial issues and concerns, including debt management and consolidation options after graduation. We are also here to help you avoid possible pitfalls that can come from dealing with money and finances. Loans, if available, and scholarships may assist you with funding the cost of your education. Please ensure that you apply for financial aid programs at least 45 days prior to your tuition due date.

Students must make a realistic assessment of their financial situation prior to coming to the island. When devising a budget, students should consider the following expenses:

- Tuition
- Utilities
- Health insurance
- Books
- Phone
- Evacuation Insurance
- Equipment
- Internet
- Personal Expenses
- Room And Board
- Transportation

If you have any questions or need assistance please contact us:

Office of Financial Aid
St. Matthew's University
12124 High Tech Avenue, Suite 350
Orlando, Florida 32817
800.498.9700 / 407.488.1700 / 800.565.7177Fax
fa@stmatthews.edu



# SCHOLARSHIPS

## ACADEMIC SCHOLARSHIPS

Each semester excellent incoming students at St. Matthew's University Veterinary School may earn partial-tuition academic scholarships from the school. St. Matthew's is proud to offer these scholarships to students who display exceptional promise in the pursuit of a veterinary degree. It is our way of rewarding excellence and encouraging individuals to pursue a veterinary degree. At the time of application, candidates must:
· Have earned a strong undergratuate GPA and/or GRE score
· Submit an application requesting the consideration of the Scholarship Committee

## THE CAYMAN ISLANDS SCHOLARSHIP

As part of St. Matthew's University's commitment to the country and citizens of the Cayman Islands, a scholarship covering Basic Science tuition and fees is offered to a qualified Caymanian citizen each calendar year beginning in the January term. This scholarship is awarded to a qualified applicant who meets all the admission requirements, shows exceptional promise for medical studies, is a current resident of the Cayman Islands and is dedicated to delivering health care to the country of the Cayman Islands.
Applicants must submit the following information at the time of application:
· Letter of request to the Scholarship Review Board explaining the desire for consideration. This letter should include (but not be limited to) examples of tenacity, compassion and commitment to helping others.
· Proof of current Caymanian citizenship.

## THE SCHOLARSHIP REVIEW BOARD

The Scholarship Review Board meets on or around March 15, July 15 and November 15 of each year to review completed applications for scholarship awards. All scholarship applications must be complete and ready for review prior to these dates because the staff must prepare the applications for review by the board. Therefore, it is necessary to set a deadline for receipt of applications prior to the meeting of the Review Board.

**Deadlines for receipt of completed scholarship applications are as follows:**

· November 10 for January semester
· March 10 for May semester
· July 10 for September semester

---

## APPLICATIONS

**Applications for all scholarships are available online at www.stmatthews.edu or from the Florida office. Completed applications may be faxed to:**

**1-800-565-7177**

**or mailed to:**
**St. Matthew's University School of Veterinary Medicine**
**Office of Admissions**
**12124 High Tech Avenue, Suite 350**
**Orlando, FL 32817**
**Or submit applications via the Website at**
**www.stmatthews.edu**
**admissions@stmatthews.edu**



# CURRICULUM

Our curriculum integrates basic and clinical science to provide students the framework for integrating all of their accumulating knowledge to be applied to the clinical setting. The students develop their knowledge of all species in both normal and abnormal states, building their skills from basic coursework into the clinical applications. The veterinary graduate is equipped to not only treat diseases of animals but also to solve disease problems that affect both animals and humans. With the increase in frequency of zoonotic diseases and the focus on "One Health," this is an increasingly important part of veterinary education. Sensitivity to the human-animal bond has become a very important component of clinical veterinary medicine, and can have a major impact on the success of the veterinarian in a private practice setting. At St. Matthew's University, we believe that learning to balance hard scientific skills with accomplished people skills is vital to the veterinarian's success. During the first seven (7) semesters, students participate in a series of basic and clinical sciences courses that provide the knowledge that will lead to success in the clinical application later in their clinical practice training. Relevance of basic science information to solutions of clinical problems is key to the educational process. Students learn the role of veterinary medicine in the community and the effect that disease has on animals and the family involved as well as the potential for transmission of zoonotic agents from animals to humans.

Each credit in the Veterinary Basic Science curriculum is equivalent to either 15 lecture hours or 30-45 laboratory session hours. Laboratory sessions provide the opportunity for students to develop the ability to make observations and improve their analytical skills. Also, some students learn more quickly in this "hands on" experience.

## CALENDAR

| Semester | Term Dates | Diploma Date |
|----------|-----------|--------------|
| Spring 2013 | Jan 7-April 19 | May 4 |
| Summer 2013 | May 6-Aug 16 | August 31 |
| Fall 2013 | Sept 2-Dec 13 | December 28 |
| Spring 2014 | Jan 6-April 18 | June 14, 2014 |
| Summer 2014 | May 6-Aug 15 | October 11, 2014 |
| Fall 2014 | Sept 1-Dec 12 | February 15, 2015 |
| Spring 2015 | Jan 5-April 15 | June 13, 2015 |
| Summer 2015 | May 4-Aug 14 | October 10, 2015 |
| Fall 2015 | Aug 31-Dec 11 | February 13, 2016 |

Please note that as SMU is an international school, and operates on a three semester per year basis, public holidays from your home country may not be observed.

| Semester I | Credits |
|-----------|---------|
| VB101 Veterinary Anatomy I | 4 |
| VB103 Veterinary Histology and Embryology | 5 |
| VB105 Veterinary Physiology I | 5 |
| VB120 Veterinary Immunology | 3 |
| VCS110 Professional Development I | 1 |

| Semester II | Credits |
|------------|---------|
| VB201 Veterinary Anatomy II | 5 |
| VB205 Veterinary Physiology II | 4 |
| VB207 Veterinary Parasitology | 4 |
| VB211 Veterinary Bacteriology and Mycology | 4 |

| Semester III | Credits |
|-------------|---------|
| VB301 Veterinary Pharmacology I | 3 |
| VB303 Veterinary Pathology I | 3 |
| VB305 Veterinary Virology | 3 |
| VB307 Veterinary Public Health/Epidemiology | 4 |

CURRICLUM

| Semester III, continued | Credits |
|---|---|
| VCS310 Professional Development II | 0.5 |
| VCS311 Veterinary Clinical Skills I (Companion Animals) | 3 |
| VCS321 Animal Welfare and Behavior | 2 |

| Semester IV | Credits |
|---|---|
| VB401 Veterinary Pharmacology II | 4 |
| VB403 Veterinary Pathology II | 5 |
| VCS405 Veterinary Clinical Pathology | 4 |
| VCS407 Veterinary Ethics and Communication | 2 |
| VCS411 Veterinary Clinical Skills II (Livestock) | 2 |

| Semester V | Credits |
|---|---|
| VCS501 Veterinary Anesthesiology | 2 |
| VCS503 Principles of Veterinary Surgery | 2 |
| VCS505 Veterinary Toxicology | 3 |
| VCS507 Veterinary Diagnostic Imaging | 4 |
| VCS509 Veterinary Clinical Nutrition | 3 |
| VCS511 Theriogenology | 4 |

| Semester VI | Credits |
|---|---|
| VCS601 Small Animal Medicine I | 6 |
| VCS605 Food Animal Medicine & Surgery | 6 |
| VCS607 Exotic Companion Animal Medicine | 3 |
| VCS608 Aquatic Animal Medicine (elective *) | 1 |
| VCS609 Zoo, Wildlife Medicine (elective*) | 1 |
| VCS611 Veterinary Clinical Skills III (Clinical Rotations) | 2 |
|  | 2 |

| Semester VII | Credits |
|---|---|
| VCS701 Small Animal Medicine II | 6 |
| VCS703 Small Animal Sugery | 6 |
| VCS705 Large Animal Medicine & Surgery | 7 |
| VCS710 Professional Development III | 0.5 |



*Each elective offered once per year in alternating semesters
** Students register for VCS 610 in both semester 6 and 7 and will get their final grade after completing semester 7 (Inc after 6)

# SEMESTER I

Courses during the first semester total 18 credit hours.

**VB101 Veterinary Anatomy I**          **4 credits**
This course will introduce the students to basic anatomical concepts including anatomic terminologies and directional terms. The course focuses on comparative gross anatomy of the canine, equine and to a lesser extent bovine, feline and porcine. In the laboratory, embalmed canine cadavers will be fully dissected and compared with prosections of the other species. Lecture/ tutorials will reinforce observations in the laboratory and will high-light structures of clinical importance to the practice of veterinary medicine as well as, to research and other areas of veterinary interest. The course will be integrated with radiographic anatomy and live animal palpations of the canine and equine . The topics for this course include osteology, thoracic limb, thorax, abdomen, spinal cord and peripheral nervous system.

**VB103 Veterinary Histology and Embryology**     **5 credits**
The fundamental principles of histology, the microscopic study of body tissues and organ systems in domestic animals, are presented in lecture and laboratory formats. Complementary understanding of developmental anatomy of the animal body is approached through the study of chick and pig embryos with reference to developmental anomalies.

**VB105 Veterinary Physiology I**          **5 credits**
The course includes the cellular basis of animal physiology, basic neurophysiology and neural control of body systems, the organs, hormones and functions of the mammalian endocrine system, endocrine control of reproductive cycles and development and certain important diseases relating to the physiology of the mammalian and endocrine systems

**VB120 Veterinary Immunology**          **3 credits**
The course will give a review of the innate and acquired immunity and their components, including both the humoral and cellular arms of the immune response. The course is designed to help you in understanding the animal body defense mechanisms at cellular and molecular levels. The role of host defense mechanisms and the development of acquired immunity after infection will be discussed. The use of the different immunological tests in diagnosing animal diseases, malfunctions of the immune response and the role of vaccines in disease prevention will be covered.

**VCS110 Professional Development I**          **1 credit**
This course will provide students with a forum to discuss major current issues facing veterinary medicine in a discussion/ seminar format. The course also will introduce practice and business management concepts to begin preparing students for the business aspect of veterinary medicine.

# SEMESTER II

Courses during the second semester total 17 credit hours.

**VB201 Veterinary Anatomy II**          **5 credits**
This course is a continuation of Anatomy 1, VB 101. The tutorials, laboratories, radiographic anatomy and live animal palpation will follow a similar format and approach as in VB 101. The topics include the comparative gross anatomy of the pelvic viscera (urogenital organs), pelvic limb, perineum and head and neck. Neuro-anatomy and avian anatomy are integrated into this section.

**VB205 Veterinary Physiology II**          **4 credits**
This course will focus on the control, physiological mechanisms and pathophysiology of the cardiovascular, respiratory, renal and non-ruminant and ruminant digestive systems. The basic physiology of birds, reptiles and fish and how specific aspects of physiology differ between these taxa and mammals will also be presented.

**VB207 Veterinary Parasitology**          **4 credits**
This course examines helminthic, protozoan, and arthropod parasites which affect domestic animals, including animal parasites transmissible to humans. Life cycles, identification, transmission, diagnosis, prevention, and treatment of parasites are stressed in lecture. The laboratories focus on identification of parasites, and the clinical signs and lesions they produce.

**VB211 Veterinary Bacteriology and Mycology**          **4 credits**
The course covers basic and pathogenic bacteriology and mycology. The objective of the course is to give veterinary students a thorough introduction to the theoretical and practical basis for the study of bacterial and fungal pathogens of animals. Lectures cover description of the organisms themselves as well as virulence, pathogenesis, diagnosis and control of animal pathogens. Zoonotic potential of some of the microbes and food safety issues are also discussed. To relate concepts of lectures to practicals, laboratory exercises are carried out using microbiological techniques for isolation and identification of disease causing bacteria.

# SEMESTER III

Courses during the third semester total 18.5 credit hours.

**VB301 Veterinary Pharmacology I**          **3 credits**
The course focuses on the global principles of pharmacokinetics, pharmacodynamics and drugs affecting the autonomic nervous system. Additionally, categorical classes of anesthetics, analgesics, anti-inflammatory drugs will be presented. Upon completing this course, students will have obtained the pharmacologic knowledge base that can positively impact therapeutic choices that influence treatment, cure, prevention and mitigation of disease states and conditions in animals. Legal and regulatory issues that affect the practice of veterinary pharmacy will be emphasized. Additionally, current topics in veterinary medicine and veterinary pharmacy will be discussed.

**VB303 Veterinary Pathology I**          **3 credits**
This course examines the diseases and their processes in tissues and organs of the domestic animals. The general disease processes of cells and tissues—degeneration, necrosis, inflammation, growth abnormalities, and neoplasia—are studied, as well as the healing process. This course begins the study of the diseases of the various organ systems.

**VB305 Veterinary Virology**          **3 credits**
This course investigates the basic properties and clinical aspects of important domestic and foreign animal viruses. Topics discussed include the nature, taxonomy, replication and pathogenesis of important virus families, as well as clinical and pathological characteristics, methods of diagnosis, epidemiology, and methods of treating, preventing and controlling the spread of specific viral diseases of veterinary significance.

**VB307 Veterinary Public Health/Epidemiology**          **4 credits**
Topics will include the use of epidemiologic methods to understand disease events in animals, including the interactions of domestic animals, wildlife, the environment and the human population. The role of the veterinarian in public health is presented with respect to safety of the food chain and the increased incidence of zoonotic agents.

**VCS310 Professional Development II**          **0.5 credit**
This course will focus on preparation of resumes, cover letters to employers, financial/business issues including student debt. Attendance is mandatory to achieve a Pass grade.

### VCS311 Veterinary Clinical Skills I (Companion Animals)   3 credits

This course is the first in a series of clinical skills courses and is intended to introduce students to the clinical aspects of veterinary medicine, with a primary focus on dogs, cats, and horses. Additionally, an emphasis is placed on performing a complete medical history and developing physical exam skills. Other topics covered include: breed identification, husbandry and preventive medicine practices, restraint and handling techniques, and SOAP writing skills. Field trips and practical labs are an important component of this course.

### VCS321 Animal Welfare and Behavior   2 credits

This course examines the husbandry of food animals, companion animals, and laboratory species as well as normal and abnormal behavior of these animals. Welfare assessment of animals and welfare issues related to the practice of veterinary medicine will be discussed.

# SEMESTER IV

Courses during the fourth semester total 17 credit hours.

### VB401 Veterinary Pharmacology II   4 credits

The second in the pharmacology series, categorical classes of drugs presented are; cardiovascular, renal, blood, endocrine, anti-infectives, chemotherapy, antinematodal, GI, dermatology, respiratory and zoological pharmacology will be discussed. Upon completing this course, students will have obtained the pharmacologic knowledge base that can positively impact therapeutic choices that influence treatment, cure, prevention and mitigation of disease states and conditions in animals.

### VB403 Veterinary Pathology II   5 credits

This course continues the discussion of anatomic pathology with a focus on disease processes in specific organ systems, including reproductive, nervous, cardiovascular, respiratory, alimentary, liver, muscle and bone systems.

### VCS405 Veterinary Clinical Pathology   4 credits

Students learn the principles of hematology, cytology and clinical chemistry. They are taught to interpret clinical data derived from blood, serum, urine and aspirates from solid tissues and fluids. Clinical cases are presented to the students and they are required to apply their knowledge to interpret the cases and make appropriate differential diagnoses.

### VCS407 Veterinary Ethics and Communication   2 credits

The course is an introduction to veterinary ethics and veterinary law. Students will learn ethical theory and discuss numerous clinical cases involving ethical decisions, as well as the laws that govern veterinary practice. Additional topics will include client communications and conducting oneself in a professional manner with colleagues and the public.

### VCS411 Veterinary Clinical Skills II (Livestock)   2 credits

This course provides a general introduction to veterinary medicine, with emphasis on veterinary issues such as ethics, animal breeds, animal welfare, behavior, animal restraint and alternative medicine. Students will continue to develop their skills in history taking, physical exams and communication skills. Additional species, including food animals such as goats, pigs and cattle are presented for students to acquire appropriate animal handling skills.

# SEMESTER V

Courses during the fifth semester total 18 credit hours.

### VCS501 Veterinary Anesthesiology   2 credits

Integrated lectures and laboratories are designed to introduce students to the principles of general and local anesthesia of small and large animals, and also recognition, treatment, and prevention of anesthetic emergencies. Laboratory instruction provides students with experience in small animal anesthesia, in addition to demonstrations of monitoring equipment, mechanical ventilation, and large animal general anesthesia.

### VCS503 Principles of Veterinary Surgery   2 credits

This course is designed to prepare students for later courses in surgery. Emphasis is on suturing techniques, proper procedures for aseptic surgery, experience using surgical instruments

### VCS505 Veterinary Toxicology   3 credits

Basic and clinical aspects of the more common poisonings that affect domestic animals/birds and wildlife will be considered. Emphasis will be given to intoxication resulting from drug interactions, pesticides (rodenticides, insecticides, herbicides), heavy metals (arsenic, copper, lead, iron, zinc etc.), poisonous plants, mycotoxins, gases, feed additives, poisonous and venomous animal toxins, household toxins, prescriptions/recreational/over the counter medications, selected industrial pollutants and forensic considerations.

# SEMESTER V (continued)

**VCS507 Veterinary Diagnostic Imaging          4 credits**
Will introduce the student to the fundamentals of diagnostic radiology and acquaint the student with other imaging modalities such as ultrasound (US), computed tomography (CT), magnetic resonance (MR) and nuclear medicine (NM) as they are used in veterinary medicine.

**VCS509 Veterinary Clinical Nutrition          3 credits**
This course will introduce students to concepts of basic nutrition as well as to clinical nutrition. The aim is to provide students with a detailed knowledge of basic nutrients and energy, nutritional disorders, diverse aspects of feeding behavior and practices, and key concepts in nutritional management of life stage nutrition and of various disease states. Students will learn to calculate energy requirements, read pet food labels and understand regulations pertaining to pet food. The course focuses largely on small animal nutrition but some large animal topics will be covered. A significant portion of this course is case based and there are opportunities for some lab components.

**VCS511 Theriogenology          4 credits**
The course presents material on the normal and abnormal reproductive function of dogs, and the common livestock species including cattle, sheep, swine, goats, and horses. Laboratories on breeding soundness and semen morphology of dogs are included. Special attention is made toward dystocia correction of livestock, stallion handling and management, assisted reproduction technologies, and breeding soundness of mares and cows. Pelvic examination of cattle and horses are emphasized.

# SEMESTER VI

Courses during the sixth semester total 19 credit hours.

**VCS601 Small Animal Medicine I          6 credits**
Students investigate concepts concerning the diagnosis, treatment, and management of infectious and non-infectious diseases affecting small companion animals, including dermatology, ophthalmology, urology, endocrinology, and more.

**VCS605 Food Animal Medicine & Surgery          6 credits**
The course studies a selected list of common medical and surgical diseases of food producing animals. For each disease, the etiology, epidemiology, clinical signs, common differential diagnoses are presented, and ancillary methods for diagnosis are listed. Medical and supportive treatment options and surgical intervention are discussed for each condition. A preventive approach and public health significance for each disease condition is also presented. Ample case studies and clinical examples are presented in a lecture format. Swine, sheep, goats, camelids and cattle (beef and dairy) are discussed.

**VCS607 Exotic Companion Animal Medicine          3 credits**
This course covers anatomy, physiology, husbandry, and medicine of commonly kept exotic companion animals, including birds, small mammals, and reptiles. Discussion topics include clinical diagnostic techniques (including animal handling and restraint, physical examination, clinical sampling, imaging, necropsy), infectious and noninfectious diseases and medical and surgical approaches to treating these diseases. Important topics related specifically to the exotics animal practice and careers are also discussed.



CURRICLUM

# SEMESTER VI (continued)

**VCS608 Aquatic Animal Medicine (elective *)    1 credit**
*Each elective offered once per year in alternating semesters
This course will include topics on husbandry, diagnosis and
treatment of common diseases affecting aquatic species
including mammals and fish.

**VCS609 Zoo, Wildlife Medicine (elective*)    1 credit**
*Each elective offered once per year in alternating semesters
This course will include the husbandry, diagnosis and
treatment of common diseases affecting captive animals in zoo
settings ('zoo') and free-ranging ('wildlife') species.

**VCS611 Veterinary Clinical Skills III    2 credits**
**(Clinical Rotations)**
This course gives students access to large animal farm calls and
small animal clinical rotations. Taking histories, performing
specialty examinations, writing problem-oriented veterinary
medical records and communicating with clients are practiced.
Students are required to have primary responsibility of a
clinical case and present the case to the faculty and student
body.



# SEMESTER VII

Courses during the seventh semester total 19.5 credit hours.

**VCS701 Small Animal Medicine II    6 credits**
Students investigate concepts concerning the diagnosis,
treatment, and management of infectious and non-infectious
diseases affecting small companion animals, including
cardiology, neurology, oncology, and other diseases.

**VCS703 Small Animal Surgery    6 credits**
This course is an introduction to surgery of the dog and cat, with
emphasis on basic principles of asepsis, tissue handling, and
surgical skills. Laboratories focus on students performing sur-
gical procedures which are common in small animal
practice. Initial surgical training is done on cadaver specimens.

**VCS705 Large Animal Medicine & Surgery    7 credits**
Medical conditions of horses are described and discussed with
respect to etiopathogenesis, treatment, prevention and
control, using a systems based, problem oriented approach.
Principles of equine clinical pathology, therapeutics and
critical care are addressed. Basic common surgical approaches
for treatment of clinical problems will be discussed.



**VCS710 Professional Development III    0.5 credit**
This course will include job searching, interviews, negotiating,
contracts, practice management and review of resumes and
cover letters. Course is given in two sections in Semesters 6 &
7. Final grade is given after completion of Semester 7 portion.
Attendance is mandatory to achieve a Pass grade.