

CURRICULIM

## Forth Year Clinical Program

St Matthew's University School of Veterinary Medicine has arrangements with numerous U.S. and Canadian Colleges of Veterinary Medicine to provide the important bridge from academic classroom settings to hands-on, real-world settings. St Matthew's University School of Veterinary Medicine students, mixing in with U.S. and Canadian-based 4th year vet students, have direct contact with patients of a variety of species, working with state-of-the-art technology in the diagnosis and treatment of life-threatening medical conditions. Through a series of clinical rotations in the schools' mixed track programs, providing wide-ranging small-animal and large-animal hospital experiences, fourth year students will be called on to integrate their knowledge acquired during the preclinical years. Key areas of focus include professional judgment, teamwork, problem-solving expertise and communication skills. Students will have St Matthew's University oversight by U.S. and Canadian staff during their clinical rotations to ensure a great transition from the Grand Cayman campus, and success in the clinical programs.

Fourth year students will be required to devote considerable time to rigorous case analysis, providing comprehensive and appropriate rationale for their conclusions. During this one-year period, opportunities for closely-monitored externships with practicing veterinarians will be available in many geographic locations, offering the student first-hand exposure to veterinary practice in the field and a potential springboard to career-building opportunities. Regardless of which affiliate school attended, successful completion of the clinical program will culminate in the granting of a Veterinary Medical degree by St Matthew's University.

As of fall 2013, St. Matthew's University School of Veterinary Medicine has affiliate agreements with the following AVMA-accredited schools of veterinary medicine.

**Canada:**

University of Prince Edward Island,
Atlantic Veterinary College

University of Saskatchewan,
Western College of Veterinary Medicine
*(For Canadian Students)*

**United States:**

Mississippi State University

North Carolina State University

Oklahoma State University

Purdue University

University of Florida

University of Georgia

University of Illinois

University of Pennsylvania

University of Minnesota

Washington State University

# ADMINISTRATION

Chancellor
John Marvin, M.B.A.

Vice Chancellor of Veterinary Medicine
Richard Dierks, DVM, PhD, MPH, M.B.A.

Associate Dean of Academic Affairs
Karen Rosenthal, DVM, MS

Associate Dean of Clinical Affairs
Gregg BeVier, DVM, M.B.A.

Chief Financial Officer
Terry Moya

Director of Admissions
Adriana Marin-Negron

Director of Information Technology
Tom Miller

Registrar
Gloria Miranda-Avila

**Karen Rosenthal**, D.V.M., M.S.

Associate Dean of Academic Affairs,
School of Veterinary Medicine
D.V.M., North Carolina State University
M.S., Duke University
Date of appointment: January 2012

Dr. Rosenthal served as Associate Professor and was founding Director and Section Chief of Special Species Medicine at the School of Veterinary Medicine at the University of Pennsylvania. She has also served as the Medical Director of the Veterinary Hospital at the University of Pennsylvania. Dr. Rosenthal is a member of the AVMA Council on Veterinary Services and a recent past president of the Association of Avian Veterinarians. Previously she was the Founding and National Director of Avian and Exotic Animal Services for Antech Diagnostics and a staff member for five years on the Avian and Exotic Service at The Animal Medical Center in New York City. Dr. Rosenthal has received numerous awards for her work, including the Daniels Award for Excellence in Small Mammal Endocrinology, The NC State Alumni of the Year Award in 2003, the Exotic DVM of the Year (2010), and the University of Pennsylvania Excellence in Teaching Award. She has authored over 80 publications on a range of scientific topics. Dr. Rosenthal is an invited speaker both nationally and internationally and can currently be seen on National Geographic Channel's "Jurassic CSI" discussing birds, reptiles, and dinosaurs. Some of her most recent research includes her participation in the research group based at the University of Manchester and Stanford University that utilizes the National Linear Accelerator at Stanford University to study the anatomy of extinct dinosaurs in an attempt to compare it to the anatomy of birds. Dr. Rosenthal did her internship and residency training at The Animal Medical Center.

**Richard E. Dierks**, D.V.M.,Ph.D.,M.P.H., M.B.A.

Vice Chancellor of Veterinary Medicine
D.V.M., Ph.D., M.P.H., University of Minnesota
M.B.A., University of Illinois

Dr. Dierks served as Dean and Professor at the University of Illinois, College of Veterinary Medicine from 1976 until 1989, and held the same post at the University of Florida, College of Veterinary Medicine from 1989 until 1997. Among his many roles on national and international committees were as Chairman of the American Association of Veterinary Colleges Council of Deans, Chairman of the AVMA Council on Research and later Chairman of the AVMA Council on Education. He served as chairman of the NASULGC Commission on Veterinary Medicine, Chairman of the USDA-APHIS Blue Ribbon Panel, and President of the Society of Veterinary Tropical Medicine. He was a member of the Pew Charitable Trusts Advisory Committee on National Veterinary Education Programs, as member of the WHO/FAO Program on Comparative Virology and recently served as a Legislative Associate with the American Association of Veterinary Medical Colleges. Dr. Dierks has also served as Veterinary Officer as the National Communicable Disease Center and Visiting Professor at the Federal Research Institute for Animal Virus Disease in Germany. He has been the recipient of federal, state and industrial research grants in the areas of bacteriology, virology, immunology and epidemiology. He has authored over 85 publications on a range of topics including avian diseases, avian mycoplasmas, bovine respiratory diseases, rabies, rhabdoviruses, zoonotic diseases, epidemiology, veterinary education and veterinary economics.

# FACULTY

## VETERINARY BIOSCIENCES



**Carlos Crocker**, M.S., Ph.D.
Head, Department of Veterinary Biosciences
Associate Professor of Veterinary Physiology
M.S., California State Polytechnic University
Ph.D., University of California, Davis.

Dr. Crocker has had extensive experience teaching physiology to undergraduate and professional students. Most recently he has been Associate Professor at Western University of Health Science, College of Veterinary Medicine from 2006-2011. His research interests have been focused on marine biology and recently with significant projects on turtles.



**Elaine Blythe**, BS, Pharm.D.
Associate Professor of Veterinary Pharmacology
B.S., pharmacy, Southwest Oklahoma State University
Pharm.D., Creighton University

Instructor at West Texas A&M University and Creighton University Assistant to Associate Professor, School of Pharmacy, Creighton University Certified Online Instructor (Creighton University). Dr. Blythe has a strong background in the pharmaceutical industry and regulatory affairs. She has had extensive training and experience in disaster relief work, including a three week deployment during Hurricane Katrina.



**Levi Ohale**, D.V.M., Ph.D.
Professor of Veterinary Anatomy
D.V.M., University of Ibadan, Nigeria
Ph.D., Iowa State University

Dr. Ohale taught anatomy at the University of Nigeria at Nsukka from 1980-1993, serving as Head of the Dept. of Anatomy from 1987-1993. He then move to South Africa where he was involved in teaching of gross anatomy in the Medical University of South Africa from 1993-1999. He then joined the Faculty of Veterinary Medicine at Onderstepoort from 1993-2003, teaching gross anatomy of both large and small animals. He was named Emeritus Professor of Anatomy on his retirement in 2003, after which he moved to Ross University School of Veterinary Medicine where he taught anatomy until the end of 2009. He moved to St. Matthew's University in January 2010, where he is professor of anatomy with an interest in developing research projects in cardiovascular anatomy and the effects of parasites on animals.



**Brendan Lee**, D.V.M., M.Sc., M.P.H., D.A.C.V.P.M.
Associate Professor of Veterinary Public Health
and Epidemiology
D.V.M., The University of The West Indies, M.Sc.,
Royal Veterinary College,
University of London, M.P.H.,
University of Minnesota
Date of appointment: January 2013

Dr. Lee is cross trained in Human and Veterinary Public Health and joined Saint Matthew's after serving as senior fellow with the Institute of Science for Global Policy. Previously he worked as a research fellow with the National Center for Food Protection and Defense, a Department of Homeland Security Center of Excellence. Dr. Lee's interest revolve around foodborne and zoonotic diseases.

## VETERINARY BIOSCIENCES (CONT.)



**Veronica Boling**, B.S., D.V.M.

Assistant Professor of Pathology
B.S., California Polytechnic University, Pomona, California,
D.V.M., Western University of Health Sciences, Pomona, California,
Post Doc Scholar, Residency in Anatomic Pathology, University of Kentucky, Veterinary Diagnostic Laboratory (2012)
Date of appointment: January 2013

Veronica's interest in pathology developed while in undergraduate school, where she worked as a necropsy technician at the California Animal Health and Food Safety Diagnostic Laboratory in San Bernardino. During the Exotic Newcastle Disease outbreak in the early 2000's, she was on the state task force performing necropsies on poultry. While in veterinary school, she necropsied marine birds at the International Bird Rescue Research Center (IBRRC) in San Pedro, and seal and sea lions at the neighboring Marine Mammal Care Center. She was the first student from her veterinary school to be accepted into an anatomic pathology residency program. She completed her residency training at the University of Kentucky, Veterinary Diagnostic Laboratory, and now is board eligible. She has extensive training in small and large animal pathology, particularly equine. Her interests include diagnostic pathology, anatomical model preparation for teaching and parasitology. She also has an extensive parasite collection, which she loves to show students!



**Aftab Awan**, D.V.M., Ph.D., M.Sc.

Professor of Virology and Immunology
Ph.D., University of Cambridge, United Kingdom
D.V.M., College of Veterinary Medicine, Lahore, Pakistan
M.Sc., College of Veterinary Medicine Lahore, Pakistan

Dr. Awan has more than 25 years of teaching and research experience in infectious disease and immunology. Dr. Awan was a Professor of Microbiology and Pathology at St. James School of Medicine where he also taught anatomy, histology, embryology and genetics. Dr Awan was Associate Lecturer and Senior Scientist at Cambridge University (UK) and taught virology to veterinary students at Queens Veterinary School, University of Cambridge for 22 years, where he still lectures. He also taught anatomy and microbiology to DVM students in Lahore, Pakistan where he also worked on rabies and developed the first diagnostic laboratory. Dr. Awan has extensive experience in research in academia and industry and has 39 refereed publications, with many more in development. His areas of interest in research are in viral pathogenesis, viral immunology, immunopathology, neurovirology, immunosuppression and immunomodulation, autoimmunity, toxicology, antivirals and vaccine efficacy.



**James Adekeye**, Ph.D., D.V.M, M.S.

Professor of Microbiology
Ph.D., Ahmadu Bello University, M.S., Kansas State University, D.V.M., Ahmadu Bello University

Dr. Adekeye has been associated with educational organizations worldwide, including: The University of Guelph Biomedical Sciences, the Natural Sciences and Engineering Research Council (Canada) Department of Pathobiology, Ontario Veterinary College, the Center for Tropical Veterinary Medicine in Edinburgh, the Norwegian Veterinary College, the Central Public Health Laboratory in London, the Veterinary Public Health Laboratory at Kansas State University and the Centers for Disease Control, Atlanta (CDC), where he trained in epidemiology and health administration.

Dr. Adekeye has taught as a Professor of Microbiology and Epidemiology at the Ross University School of Veterinary Medicine in St. Kitts and his alma mater, Ahmadu Bello University, where he served as Professor and Head of Pathology and Microbiology and Deputy Dean of the faculty. He has also served as Professor of Microbiology and Immunology at the University of Medicine & Health Sciences (UMHS) in St. Kitts. He has over fifty peer reviewed scientific journal publications to his credit and has served as major supervisor for several students at the Master and Ph.D. levels.



**Liesl Schmidt**, D.V.M.

Instructor of Baisc and Clinical Sciences
D.V.M., Michigan State University College of Veterinary Medicine

Dr. Schmidt is an instructor for SMU, and also a small animal practitioner at a local veterinary practice. She performed a small animal rotating internship at NYC Veterinary Specialists before joining SMU. Her primary fields of research and strong interests are cardiology and emergency medicine.

# Veterinary Clinical Sciences



**Brian Roberts**, D.V.M., Diplomate American College of Veterinary Emergency and Critical Care

Head, Department of Clinical Sciences
Professor of Small Animal Internal Medicine
D.V.M., University of Florida

Dr. Roberts had an internship in medicine at the Animal Medical Center in NYC, did his residency at the Veterinary Specialists of South Florida and has served as Head of Emergency and Critical Care at the same practice since 2003. He has been the director of the internship program at Veterinary Specialists since 2003 and served as a mentor to several residents as well since 2005. He has published several papers related to respiratory and cardiovascular medicine in companion animals and has a strong interest in toxicology.



**Brandy Darby**, D.V.M.

Assistant Professor, Veterinary Clinical Sciences
D.V.M., Louisiana State University

Dr. Darby had three years experience in surgery and medicine in a practice on Grand Cayman, including emergency medicine duties. Her clinical interest is in equine medicine and surgery, including equine dentistry. Dr. Darby serves as the coordinator of the school's Clinical Teaching Facility, where students have their anatomy laboratories as well as the clinical skills, surgery and medicine course laboratories. She is currently serving as President of the Cayman Islands Veterinary Medical Association.



**Marco Demaria**, D.V.M.

Assistant Professor of Veterinary Surgery
D.M.V., University of Torino, Torino, Italy
Residency in Surgery, College of Veterinary Medicine, Michigan State University

Dr. Demaria had several years of experience in surgical practice in Italy and in Cambridge, England prior to entering the residency program at Michigan State University in 2007. Following his residency he has been serving as the Chief Surgeon at New York City Veterinary Specialties, Brooklyn, NY. His research interests have focused on bone grafts in skeletal repair, use of negative pressure therapy for repair of large tissue wounds and various treatment approaches to correct skeletal problems including hip dysplasia.



**Charles Dickinson**, D.V.M., M.S.

Professor of Equine Medicine
D.V.M., Colorado State University
M.S., Colorado State University
Diplomate ACVIM

Dr. Dickinson received the Doctor of Veterinary Medicine degree from Colorado State University in 1988. After two years as an instructor with the Department of Anatomy and Neurobiology at Colorado State University, Dr. Dickinson became an associate veterinarian with Tri-State Large Animal Hospital in Cheyenne, Wyoming. He joined the staff at the Oregon State University Veterinary Teaching Hospital as a Clinical Fellow in large animal medicine and surgery in 1992. In 1996, Dr. Dickinson completed a residency in Equine Internal Medicine at Colorado State University, received the Master of Science degree in Clinical Sciences, and successfully completed the certifying

## VETERINARY CLINICAL SCIENCES
(CONT.)

examination of the American College of Veterinary Internal Medicine. From 1996 to 2005, Dr. Dickinson was a faculty member with the Department of Clinical Sciences at Colorado State University, practicing and teaching equine internal medicine, critical care, neonatology and neurology at the James L. Voss Veterinary Teaching Hospital. Dr. Dickinson's research interests and experience include zootoxicology, equine enteric clostridiosis, and equine endocrine-metabolic disease, among others.



**Eric Dunayer**, V.M.D., M.S., DABT, DABVT

Associate Professor of Clinical Sciences
V.M.D., School of Veterinary Medicine
University of Pennsylvania, Philadelphia, PA
M.S., Environmental Health and Sciences
Drexel University, Philadelphia

Dr. Dunayer has served as a Senior Toxicologist at the ASPCA Animal Poison Control Center in Urbana, IL since 2002 and has been a visiting lecturer at St. Matthew's during the past three years. He has served as an expert on toxicoses for various groups and is considered to be the primary expert on xylitol poisoning of animals. He teaches both toxicology and clinical pathology.



**Lori Gaskins**, D.V.M., Dipl. ACVB

Assistant Professor of Animal Behavior
D.V.M., North Carolina State University
Residency, Animal Behavior;
University of California-Davis

Dr. Gaskins has had 15 years of experience in private clinical practice, with an emphasis on emergency medicine and, more recently, on animal behavior problems in small animals. She has completed a residency in animal behavior and is a Diplomate in the American College of Veterinary Behaviorists.



**Samantha Shields**, D.V.M.

Assistant Dean of Student Affairs and Assistant Professor of Clinical Sciences
D.V.M., St. George's University, Grenada
Date of appointment: May 2007

Dr. Shields graduated from St. George's University and completed her clinical year at University of Florida in 2004. Prior to joining the faculty in May 2007, she worked for Hill's Pet Nutrition. Previously, she had worked within the terrestrial and education department at Boatswains Beach, in Grand Cayman and for a small animal practice in Canada. She has a strong interest and experience in small animal nutrition and marine mammal medicine. She co-coordinates the MARVET (marine veterinary medicine) Cayman program and the SMOLE (St. Matthew's Orientation and Leadership Experience) program at SMU.



# FACULTY



**Francisco Rodriguez**, D.V.M.

Associate Professor, Large Animal Medicine and Surgery
D.V.M., Colorado State University

Dr. Francisco Rodriguez completed veterinary school at Colorado State University in 1994. After graduation he completed an internship in equine medicine and surgery at the Illinois Equine Hospital and Clinic. From 1997-2001, Dr. Rodriguez completed two residencies (AVBP and Large Animal Surgery) at the University of Missouri. Upon completion of his residencies, Dr. Rodriguez was a lecturer in large animal surgery at Texas A & M University, College of Veterinary Medicine. Most recently, Dr. Rodriguez was a large animal practice owner in Wisconsin for the past 5 years. Principal fields of research publication and interest include: developmental orthopedic disease (particularly, articular pathophysiology), incisional complications and emergency surgery (including ophthalmologic).



**Elanor Withnall**, B.V.Sc., M.A.C.V.S.

Associate Professor, Anesthesiology and Clinical Pathology
B.V.Sc, University of Queensland

Dr. Withnall received her veterinary degree from The University of Queensland in Australia before working and travelling around the world. She practiced in general, mixed and emergency practice in both the United Kingdom and Australia before returning to academia. A Critical Care Small Animal Internship at Michigan State University was followed by a Transfusion Medicine Fellowship and then a Residency in Veterinary Anesthesia at the University of Pennsylvania. Although she loves the clinical practice of anesthesia, teaching students is her true passion so she was very pleased to take up a position at SMU teaching both anesthesia and pharmacology to veterinary students.



## Veterinary Adjunct Faculty

**Alan Emsley**, Ph.D.
Ph.D., University of Nebraska
Date of appointment: January 2007

**Brian Poteet**, D.V.M., DACVR
D.V.M., Texas A and M University
Date of appointment: January 2007

**Lana Watler**, D.V.M.
B.S., University of Toronto
D.V.M., University of Guelph
Date of appointment: January 2007

**Mohamed Satti**, Ph.D.
Professor of Veterinary Immunology and Parasitology
Ph.D., Institute of Medical Microbiol/Immunol,
Copenhagen University
Date of appointment: January 2006

**Tina A. Wismer**, D.V.M., D.A.B.V.T., D.A.B.T.
D.V.M., Purdue University West Lafayette, IN
Diplomate American Board of Veterinary Toxicology
Diplomate American Board of Toxicology
Date of appointment: September 2009

**Colin Wakelin**, B.V.Sc., M.A.C.V.Sc.
B.V.Sc., Massey University, NZ
MACVSc, Sheep Medicine
Date of appointment: September 2009

**Kanyuira G Gikonyo**, D.V.M., M.P.H.
D.V.M., Tuskegee University, Alabama
MPH, Emory University, Georgia USA
Date of appointment: September 2009

**Sarah Elizabeth Boston**, D.V.M., D.V.Sc.
D.V.Sc.; Ontario Veterinary College, University of Guelph
D.V.M.; Western College of Veterinary Medicine,
University of Saskatchewan
Date of appointment: August 2010

**Kevin David Pelzer**, D.V.M., M.P.V.M.
D.V.M; Tuskegee Institute Tuskegee, Alabama
MPVM; University of California, Davis.
Date of appointment: August 2010

**J.M. Liptak**, B.V.Sc. M.Vet.Clin.Stud. M.A.C.V.Sc. F.A.C.V.Sc.
M.V.C.S., University of Sydney, Australia
B.V.Sc., University of Melbourne, Victoria, Australia
Date of appointment: January 2011

**Tracy Gieger**, D.A.C.V.I.M.(internal medicine), D.A.C.V.I.M. (oncology), D.A.C.V.R.O. (radiation oncology)
Staff Oncologist LSU
Date of appointment: November 2011
Dr. Gieger teaches small animal oncology.

**Gary Butcher**, D.V.M., Ph.D.
Biosciences staff at University of Florida
Date of appointment: November 2011

Dr. Butcher is a poultry specialist that teaches around the world to veterinary students and industry. He teaches poultry medicine, surgery and production and has authored over 100 scientific papers.

**Ruth Francis-Floyd**, D.V.M., Ph.D.
Staff and extension officer at University of Florida
Date of appointment: November 2011

Dr. Francis-Floyd is a teacher of fish and aquatic medicine and is a specialist in fish and aquatic medicine that is world reknowned.

**Douglas Mader**, D.V.M., D.A.C.V.B.
Owner of Marathon Veterinary Hospital in the Florida Keys
Consultant for the Turtle Hospital of the Florida Keys
Date of appointment: November 2011

Dr. Mader is a world-known expert in reptile and amphibian medicine who also authored the text: "Reptile Medicine and Surgery". He teaches reptile & amphibian medicine and surgery.



**Jason Berg**, D.V.M., D.A.C.V.I.M. (internal medicine and neurology)

Staff member VCA specialty hospital, Yonkers NY
Date of appointment: November 2011

Dr. Berg teaches small animal neurology.

**Lisle George**, D.V.M.

Professor of food animal medicine and epidemiology
Staff member: University of California, College of Veterinary Medicine
Date of appointment: August 2007

Dr. George teaches food animal medicine and surgery.

**Dom Samuelson**, Ph.D., M.S.

M.S., Botany (Mycology), University of Florida
Ph.D., Botany (Mycology), University of Florida
M.S., Veterinary Medicine, University of Florida

**Rowan Milner**, B.V.Sc., M.S., E.C.V.I.M., A.C.V.I.M.

B.V.Sc., University of Pretoria, Pretoria, Republic of South Africa
Master of Vet Med, Medicine, University of Pretoria, Pretoria, Republic of South Africa
Diplomate, Internal Medicine, European College of Veterinary Internal Medicine
Diplomate, Medical Oncology, European College of Veterinary Internal Medicine
Medical Oncology Diplomat Status, American College of Veterinary Internal Medicine, 2009

**Tom Schubert**, D.V.M., D.A.B.V.P., D.A.C.V.I.M.

D.V.M., Veterinary Medicine, University of California-Davis
Internship, Small Animal Medicine, Auburn University
Residency, Neurology, University of Florida
Diplomate, American College of Veterinary Internal Medicine – Specialty of Neurology
Diplomate, American Board of Veterinary Practitioners – Canine/Feline

**James Morrissey**, D.V.M.

D.V.M., Cornell University
Kansas State University, Internship in Exotic Pet, Wildlife and Zoological Medicine
1995-1997: Animal Medical Center, New York, NY, Residency in Exotic Pet Medicine and Surgery
Board Certification: American Board of Veterinary Practitioners (Avian Practice)

**Beverly J. Purswell**, D.V.M., M.S., Ph.D., Diplomate, A.C.V.T.
D.V.M, University of Georgia
M.S. Immunology, University of Georgia
Diplomate, American College of Veterinary Theriogenology
Ph.D., Immunology, University of Georgia

**Bobby Werner**, D.V.M., D.A.C.V.R.
D.V.M, Texas A&M University
**Board Certification:** Veterinary Radiology

**Cynthia Bauer-Darby**, D.V.M., D.A.C.V.D.
D.V.M, Auburn University
Rotating Internship, Veterinary Specialists of South Florida
M.S. in dermatopathology, residency in dermatology



29

# STANDARDS FOR PERFORMANCE

## REGISTRATION

Students must be registered and enrolled at all times unless they have received written approval for a "Leave of Absence." Students may take only up to a total of two leaves of absence, during their entire career at SMU, and only after receiving written approval from the Associate Dean of Academic Affairs. Acceptable reasons for granting a leave of absence are listed later in this section. No more than a total of two leaves of absance will be allowed for any student. The student will be charged an administrative fee and must register during a Leave of Absence to maintain his/her place in the program. If a student fails to enroll, his/her status will become "Withdrawn" and he/she must apply for readmission. Students will not automatically be considered enrolled. Possible student status includes only: Basic Science (semester noted), Clinical Science (semester noted), Approved Leave of Absence (up to two semesters total), Dismissed, Alumni, or Deceased.

**The registration process is as follows:**
Registration will begin on-line (www.smuonline.com) approximately 6 weeks prior to the beginning of the semester. Students should register at this time. Transfer students and students who have failed courses must correspond with the Associate Dean prior to registering.

The Registrar will coordinate with the Associate Dean for course approvals to ensure that all class rosters are correct. The registrar will verify class attendance to Student Accounts so that Financial Aid monies can be released to students. All students must be registered by the end of each semesters registration period. No financial aid monies will be released until a student's registration is complete. Any student who fails to comply with these procedures will not be admitted to class for the new semester, will not receive financial aid funds, and/or will not receive credit for clinical studies. Any student who is in clinical rotations and has not completed the required registration procedures will be removed from his/her site.

## OFFICIAL LEAVES OF ABSENCE

The Associate Dean of Academic Affairs or his/her designee will consider all requests for an Official Leave of Absence by students who:
- Experience financial hardship and need to take time off to raise funds for their education
- Suffer an illness or injury, or have a family member who suffers an illness or injury that requires the student's presence
- Need limited time off to take advantage of an educational opportunity to travel, conduct research, or attend classes elsewhere

Only two leaves of absence for one semester each may be granted. Each request is subject to approval. Decisions are based on whether a semester away is likely to allow the student to resolve a situation and whether the student's performance and behavior suggest a reasonable chance of success upon return. Students who are not granted official leaves may apply for readmission when they are ready to resume their education. Students may be required to begin paying any outstanding debt if they fail to enroll for the next semester or take an unapproved leave.

## STUDENT PERFORMANCE

Student performance is determined on the basis of achievement of each prescribed course or clinical rotation. Students must achieve a passing level established by the faculty of each course or Clinical rotation to earn promotion from semester to semester.

Grading System and Academic Standards Policy
The School of Veterinary Medicine uses the following grading system.

| Grade | % Grade |
|---|---|
| A | 94-100% |
| A- | 90-93.9% |
| B+ | 87-89.9% |
| B | 84-86.9% |
| B- | 80-83.9% |
| C+ | 77-79.9% |
| C | 74-76.9% |
| C- | 70-73.9% |
| D+ | 67-69.9% |
| D | 64-66.9% |
| D- | 60-63.9% |
| F | <60% |

# Academic Standards Policy

The following policies apply to students in the School of Veterinary Medicine.

**1. Probation Policy**
A student is placed on probation for the subsequent two semesters if the student's GPA falls below 2.0. The probation period lasts two semesters and is considered a warning period for the student. If at the end of the probationary semesters the student does not have a GPA adove 2.0, the student is subject to dismissal.

**2. Dismissal Policy**
A student shall be dismissed from the School if she or he has 2 or more D's (D, D+ or D-) or 1 F in a semester.

**3. Withdrawal from a course**
Because of the lockstep or sequential nature of the veterinary curriculum, withdrawal from a course is not permitted except in extreme cases such as a medical emergency. In such cases, the student may withdraw from all courses and return at the beginning of the next semester and repeat all courses for the semester in which he/she were enrolled at the time of withdrawal.

**4. Incomplete Course policy**
To receive an "incomplete" requires the approval of both the instructor for that course and the written approval of the Associate Dean of Academic Affairs. All incompletes must be completed by no later than the last day of class of the next semester.

Please see the Student Handbook for the most current information on academic standards.

# Attendance

Classes at SMU are small, and interaction among students and teachers is encouraged. Students are expected to attend all class sessions. For specific details concerning the attendance policy, please refer to the Student Handbook.



# GRADUATION

In order to graduate from St. Matthew's University School of Veterinary Medicine, students must apply for graduation, satisfactorily complete all of their required classes, and be in good standing with the University.

# LICENSURE

In order to practice in the United States, graduates of the School of Veterinary Medicine, must use either of the two possible licensure paths. This can be either the Educational Commission for Foreign Veterinary Graduates (ECFVG) process or the procedure established by the American Association of Veterinary State Boards (AAVSB), known as the Program for the Assessment of Veterinary Education Experience (PAVE). In either case, the graduate then must pass the North American Veterinary Licensure Examination (NAVLE). Both programs require proof of proficiency in the English language prior to the veterinary medical portions of the process. For the ECFVG program, the graduate must complete a Basic and Clinical Sciences Exam and also a Clinical Proficiency Exam before being certified and eligible for the NAVLE. Under the AAVSB program the student must pass the International English Language Testing System (IELTS) or an equivalent test such as the TOEFL exam prior to sitting for the PAVE examination. Passage of the PAVE examination is required before taking the NAVLE. Students can find complete information on these two pathways at the following web sites:

www.aavsb.org/PAVE/PAVEHome.aspx
for the AAVSB program or
www.avma.org/education/ecfvg/default.asp
for the ECFVG program.

# STANDARDS OF PROFESSIONAL BEHAVIOR AND ACADEMIC HONESTY

# CAYMAN CAMPUS DRESS CODE

As part of the student's education as a future veterinarian, St. Matthew's University has established a culture and environment based on professional presentation and conduct. Consistent with its training objectives, the University has established a standard dress code for all students. This policy is designed to create a sense of professional decorum and respect with each student and between members of the University community, as well as to actively maintain a professional appearance within the community at large. Throughout the class day and during specific university events, students are required to wear polo shirts of specified colors and tan or khaki colored pants. Knee length shorts are acceptable. Women students have the option of wearing skirts that must be of a tasteful length and appearance appropriate to a professional business environment. Students may wear scrub suits on days when the class schedule involves animals in laboratory or clinical settings.

# STUDENT CONDUCT, ACADEMIC HONESTY AND DISCIPLINARY PROCEDURES

Each student is expected to behave in a manner consistent with the University's mission as an educational institution. Behaviors judged unprofessional, unethical, dishonest, illegal, threatening, or dangerous may be considered examples of misconduct. Specific examples of violations that fall under the purview of the University's disciplinary policies can be found in the Student Handbook. Also included in the Student Handbook are Guidelines for Academic Honesty. The University expects all students to engage in academic pursuits in a manner that is above reproach. Students are expected to maintain complete honesty and integrity in the academic experiences both in and outside the classroom. Any student found guilty of dishonesty in any phase of academic work will be subject to disciplinary action. Whenever there is a reasonable basis to believe that a student may have violated one or more provisions of the Student Handbook or any other rule, policy or standard of the University, the matter should be reported to the Associate Dean of Academic Affairs. The Dean (or his or her designee) will conduct an investigation, the nature and extent of which will be determined in the discretion of the Dean (or designee). The Dean (or designee) may, but need not, convene a disciplinary committee comprising any number of faculty, administrators and/or students to assist the Dean (or designee) in resolving the matter. The composition of any such committee, and the role it plays in the process, will be determined in the discretion of the Dean (or designee).

Before any disciplinary action is taken, the student will be given notice of the alleged violation and an opportunity to respond, including an opportunity to identify any witness, document or other evidence that the student believes is relevant. The Dean (or designee) will determine in his or her discretion what evidence is relevant to consider and what weight, if any, it should be given.

The Dean (or designee) will determine whether a violation has occurred based upon a preponderance of the evidence, i.e., whether it is more likely than not that a violation has occurred. If the Dean (or designee) determines that a violation has occurred, the Dean (or designee) will determine one or more appropriate sanctions, which may include disciplinary

counseling, fines, probation, suspension, dismissal and/or any other sanction(s) that the Dean (or designee) determines is appropriate in light of all the circumstances including but not limited to the nature of the offense and any history of misconduct by the student. The Dean (or designee) will inform the student of the Dean's (or designee's) determination with respect to whether a violation has occurred and, if so, the sanction(s) that will be imposed as a result.



A student who is found to have committed a violation may appeal that finding and/or the sanction(s) imposed to the Chancellor if and to the extent that the student believes the finding and/or sanction(s) was the result of bias or some other fundamental unfairness in the disciplinary process. Any appeal must be submitted in writing to the Chancellor within seven days of the date upon which the student received notice of the decision that is being appealed. The Chancellor (or his or her designee) will determine in his or her discretion what steps, if any, are necessary to resolve the appeal. The Chancellor (or designee) may dismiss the appeal as being untimely or as not stating a proper basis for appeal; uphold the decision below on the merits; vacate some or all of the decision below and remand the case to the Dean for further action; vacate some or all of the decision below and make new findings as to whether the student committed the alleged violation(s) and/or the sanction(s) to be imposed as a result; or take such other action as the Chancellor (or designee) deems appropriate under the circumstances. Decisions of the Chancellor (or designee) are final.





# STUDENT SERVICES

## NEW STUDENT ORIENTATION

Each semester, all new students, including transfer students, are scheduled for orientation, course registration and advising activities just prior to the first day of classes. The Office of the Dean collaborates with faculty, staff and returning students to facilitate the introduction of new students to St. Matthew's administrators, faculty, teaching and learning philosophies, programs, policies and procedures. Members of the Associate Student American Veterinary Medical Association chapter introduce new students to life on campus and are available to answer questions about the St. Matthew's experience.

## ACADEMIC ASSISTANCE, GUIDANCE AND COUNSELING

The office of the Associate Dean of Academic Affairs works closely with faculty to provide direction and support for students in times of academic difficulty. The two unit Chairs (Veterinary Biosciences and Veterinary Clinical Sciences) organize academic advisement programs and assist the Dean in remediation planning. Academic Counseling is available to any student who wishes to explore learning and study skills development, time-management or test-taking strategies, and is required for confidential assistance with personal matters, social adjustment, family crisis management, and help planning alternate programs of study and assistance in the reassessment of priorities when circumstances necessitate a change of plan.

## INFORMATION TECHNOLOGY

St. Matthew's utilizes high-speed networking to aid in the delivery of classroom and study materials. To ensure a smooth user experience, students are required to own laptop or notebook computers during their entire time with SMU.

## CAMPUS HOUSING

For a smooth transition to Grand Cayman, SMU provides living space in the Residence Hall or Residence Suites for all incoming students. These are modern accommodations located within biking distance of the campus. A housing application is included with the student's acceptance packet. Students bringing dependents arrange for their own housing. SMU will be more than happy to provide whatever assistance possible. More information may be obtained by contacting the U.S. office at 1-800-498-9700.

## OFF CAMPUS HOUSING

The housing market on Grand Cayman is strong and presents many opportunities for student tenants to find homes. Most rental units come furnished (i.e., stocked with standard hard and soft furnishings, such as beds, tables, appliances, couches, window dressings, etc.) or fully furnished (i.e., everything but your own clothes and personal belongings is included). Utility costs (e.g., for electricity, water, etc.) are expensive compared to U.S. standards. Rental rates are generally highest in the Seven Mile Beach, George Town and South Sound areas. Security deposits are common and usually equal one month's rent, so be sure to figure this into your budget.

Housing can become somewhat more difficult to find if you have young children or pets living with you or if you prefer to smoke inside. Landlords and property managers have the right to refuse to rent to you for these reasons.

Fortunately, off-campus housing advice and support is available to all St. Matthew's University students.

## RECREATION

Numerous recreational and sporting opportunities are available for St. Matthew's students. SMU has corporate memberships at local gyms that students may access every day. Access to Seven Mile Beach is only steps away from the campus and several golf courses, and cycling and running areas are nearby. Many local sports leagues are open to students. St. Matthew's has volleyball equipment that may be checked out by all students.

## HEALTH AND IMMUNIZATION INFORMATION

**Health Certification Requirements**
Students are required to provide medical certificate(s) stating their test results for TB and HIV and to provide proof of immunization for MMR and Hepatitis B. Students need to start the Hepatitis B series of vaccines prior to arriving. They can finish the series at the local clinic on the island.

**Health Services**
There are two modern hospitals in Grand Cayman that provide affordable basic health care services. All students are required to maintain a health insurance policy.

## Insurance

All students are enrolled in the St. Matthew's University group health insurance policy. If a student is covered by a health insurance policy that covers them outside their country of citizenship, and provides reparation and medical evacuation, they may opt out of the group plan. To opt out, they must contact Student Insurance two calendar weeks before the first day of class. For an info packet or to opt out of the group plan, contact:

Student Insurance
800-498-9700/Fax 800-565-7177
studenthealth@stmatthews.edu







STUDENT SERVICES

# STUDENT GOVERNMENT AND ORGANIZATIONS

## AMERICAN ANIMAL HOSPITAL ASSOCIATION (AAHA)

The American Animal Hospital Association student chapter, AAHA, strives to encompass the principles set forth by our parent association, utilizing training programs and educational opportunities for our current veterinary students. Events sponsored by the AAHA chapter at SMU include fundraising activities, wet labs, and expert veterinary speakers. Responsible client communication, modern hospital designs, state-of-the art medicine, and future leadership positions are just a few of the highlights that our chapter seeks to convey to the student members.

## CANADIAN STUDENT VETERINARY CLUB

The Canadian Student Veterinary Club' mission is to encourage positive dialogue between Canadian students of various semesters attending SMU SVM. Academic, social and professional issues relating to Canadians studying abroad will be discussed, as well as opportunities to perform veterinary externships at various Canadian clinics.

## CORAL REEF RESEARCH CLUB (CRRC)

Coral Reef Research Club was started in the fall of 2009 by Dr. Scott Taylor and Dr. Samantha Shields. The goal of the club is to teach veterinary students about conservation based research and coral reef management. Students are given opportunities to design research projects, practice the technicalities of underwater research, collect and process data, and contribute to research publications. They also learn about identification of coral diseases and are exposed to writing grant proposals.

## FOOD ANIMAL MEDICINE CLUB

The Food Animal Medicine club allows students interested in practicing beef, dairy, small ruminant and swine medicine to get additional exposure to case presentations and guest speakers as well as field experience. Enrollment in AABP is strongly recommended for club members. Meetings are held twice a month and case challenges are posted monthly.

## STUDENT ASSOCIATE CHAPTER OF THE AMERICAN VETERINARY MEDICAL ASSOCIATION (SAAVMA)

The Student Associate American Veterinary Medical Association, SAAVMA, facilitates communication between students and administration, serves as a link to the professional organization of the AVMA, and advocates volunteer activities and social events.

## STUDENT CHAPTER OF THE AMERICAN ACADEMY OF VETERINARY NUTRITION (SCAAVN)

The Animal Nutrition Club at St. Matthew's University officially was recognized by the American Academy of Veterinary Nutrition (AAVN) as the second student chapter in Fall 2009. The club thus has changed its name to reflect this honor as the Student Chapter of the American Academy of Veterinary Nutrition (SCAAVN).

The mission of SCAAVN is to provide a forum for the continued animal nutrition education of veterinary students. Goals of the club are achieved through field trips, case study discussions, lectures, webinars, and wet labs.

# Student Chapter of the American Association of Equine Practitioners (SCAAEP)

The purpose of this student chapter is to offer additional time outside of the classroom to build and expand on student's equine medicine and surgery interests. The club has a very active membership who attend our meetings twice a month. At those meetings we conduct regular business in addition to having various guest speakers from areas of equine surgery, internal medicine, field work, radiography techniques, in addition to students presenting information obtained during equine externships.

Students also accompany the Cayman Islands Department of Agriculture veterinarians when possible on equine field calls. Some of these calls include health prevention programs, lameness exams, wound care, dental care, and hoof care/management. These opportunities allow our members to expand classroom subject matter to a true problem based learning approach.

# Student Chapter of the American Veterinary Society of Animal Behavior (SCAVSAB)

The student chapter of the American Veterinary Society of Animal Behavior provides an opportunity for students to discuss animal behavior, diagnose and develop treatment plans for their own pets' behavioral problems or work through case studies. The club also provides a way to participate with the St. Matthew's University community through dog training classes as well as the greater island community with educational opportunities, volunteering and fundraising events.

# Student Veterinary Emergency Critical Care Society (SVECCS)

The St. Matthew's chapter of Student Veterinary Emergency and Critical Care Society aims to promote student participation and interest in veterinary emergency and critical care medicine. It is our goal to provide opportunities for members to obtain hands on experience in veterinary emergencies and critical care. This experience will further student education and career opportunities in the field of emergency medicine. The club has hosted a wide range of lectures and wet labs for the student population at St. Matthew's including: wound management, ruminant emergency management, radiographic diagnosis of emergency conditions, toxicology cases and stenting. Additionally, our members have the opportunity to participate in emergency large animal calls on the island.

The national SVECCS officers met and voted to recommend Joseph D'Abbraccio, 6th semester, and Cynthia Fichtner, 3rd semester, to the electoral board. Joseph has now been named the 2011 national President and Cynthia the secretary. Both students have strong interests in emergency medicine and are eager to work with all the chapters in North America and the Caribbean.

# Zoological, Exotics, Wildlife Medicine Club (ZEW)

The mission of the zoological, exotic and wildlife medicine club, ZEW, is to provide a forum for students who seek to enhance their knowledge and skills in order to improve the health and welfare of zoological, exotic, and wildlife species. ZEW coordinates talks from professionals in the field of animal medicine and conservation in an effort to further the student's education. Additionally, ZEW seeks to locally support the propagation and conservation of exotic animal species through volunteer programs and donations to zoologic institutions, aquaria, and wildlife rescue efforts.





For more information
Campus
P.O. Box 32330
Grand Cayman KY1-1209
CAYMAN ISLANDS
345-745-3199
Fax: 345-745-3130

Administrative Offices
12124 High Tech Avenue, Suite 350
Orlando, FL 32817
800-498-9700
Fax 407-488-1702/800-565-7100

ST. MATTHEW'S UNIVERSITY
IMPROVING LIFE BY DEGREES