# ST. MATTHEW'S UNIVERSITY
## *School of Veterinary Medicine*

## APPLICATION FOR ADMISSION

Please print or type then mail completed application with additional documents and three passport photos to:
**St. Matthew's University School of Veterinary Medicine**
**12124 High Tech Avenue, Suite 350**
**Orlando, Florida 32817**
**Phone: 1.800.498.9700 Fax: 1.800.565.7177**
**Email: admissions@stmatthews.edu**

**STATUS:**
___✓First Year ____Advance Standing* ____Transfer
**PROGRAM:**
___✓DVM Program ___DVM/MBA Program
**TERM/YEAR: (please be specific)**
□ Fall 07 □ Spring 08 □ Summer 08  □ Fall 08 □ Spring 09 □ Summer 09
□ Fall 09 □ Spring 10 □ Summer 10  □ Fall 10 ☑Spring 11 □ Summer 11
* Any transfer credits accepted are at the discretion of the University.

### GENERAL INFORMATION

**SOCIAL SECURITY NUMBER:** Redacted       **DATE OF BIRTH:** Redacted

**FULL LEGAL NAME:** Guillou    Alexandra    MM/DD/YY    L
LAST NAME        FIRST NAME        MIDDLE INITIAL

**PERMANENT ADDRESS:** 8325 SW 197 ter.
STREET ADDRESS OR P. O. BOX
Miami        FL        USA        33189
CITY        STATE        COUNTRY        ZIP

**HOME PHONE:** _____ **WORK PHONE:** _____

**CELL PHONE:** 305 903 6363 **EMAIL:** aguillou88@hotmail.com

**MARITAL STATUS:** ✓SINGLE ____MARRIED    **SEX:** ___MALE ___FEMALE

**EMERGENCY CONTACT:**
Peggy Guillou    **RELATIONSHIP:** mother **PHONE:** 305 608 0105

**EMERGENCY ADDRESS:** 8325 SW 197 ter.
STREET ADDRESS OR P. O. BOX
Miami        FL        USA        33189
CITY        STATE        COUNTRY        ZIP

**ARE YOU A CITIZEN OF THE UNITED STATES?** ✓ YES ____NO

IF NOT A CITIZEN, WHAT IS YOUR VISA STATUS: _____

**EXHIBIT**
tabbies
3

# GENERAL INFORMATION

**HAVE YOU EVER BEEN CONVICTED OF ANY CRIMES OTHER THAN A MINOR TRAFFIC INFRACTION?**
___YES  ✓NO St. Matthew's now requires a local criminal activity report. (IF THE ANSWER IS YES PLEASE ATTACH A FULL EXPLANATION ON A SEPARATE PAGE.)

**HAVE YOU EVER BEEN SUSPENDED, DISMISSED, OR FORCIBLY WITHDRAWN FROM AN INSTITUTION FOR NONACADEMIC REASONS?** ___YES  ✓NO (IF THE ANSWER IS YES, PLEASE ATTACH A FULL EXPLANATION ON SEPARATE PAGE.)

**ETHNIC BACKGROUND:** (REQUIRED FOR STATE AND FEDERAL REPORTING)

American Indian or Alaskan Native
Arabic
(Black)
Chinese
Egyptian
Filipino
Greek
Hawaiian
Hispanic-Mexican American or Chicano

Hispanic-Other (including Cuban)
Hispanic- Puertorican- Common Wealth
Hispanic- Puertorican- Mainland
Israeli
Japanese
Korean
Middle-Eastern
Other Asia

Other Pacific Islander
S.E. Asian but not Vietnamese
Syrian
Turkish
Vietnamese
White
Other (specify country):
_____

**WHAT IS YOUR FIRST LANGUAGE:** _English_____

**WHERE DID YOU FIRST LEARN ABOUT ST. MATTHEW'S UNIVERSITY:**

Advertisement
Email
Facebook
Family Member _____
Friend _____
Graduation Fair
Health Professions Advisor _____
Internet
Letter
Veterinary Professional

(Vet School Poster)
Postcard
Preview Event
Search Engine
SMU Applicant
SMU Faculty
SMU Graduate
SMU Student
Test Preparation Vendor

**FINANCIAL AID INFORMATION:** DO YOU PLAN TO APPLY FOR FINANCIAL AID ____✓YES ____NO

**FAMILY COLLEGE HISTORY:** HAS ANY MEMBER OF YOUR FAMILY RECEIVED A D.V.M DEGREE? IF SO, WHAT IS THEIR RELATIONSHIP TO YOU? ____NO_____

**PAYMENT INFORMATION: A $75.00 application fee must accompany this form.**
METHOD OF PAYMENT: ✓CHECK ___MONEY ORDER ___CREDIT CARD (ONLY VISA OR MATERCARD)

IF CREDIT CARD, WHAT TYPE: ____VISA ____MASTERCARD

CREDIT CARD NUMBER_____EXPERATION DATE:_____
                                                                                    (Month/Year)

**CERTIFICATION STATEMENT**

The filling out and mailing of this form acknowledges that I understand that withholding information requested in this application or giving false information may make me ineligible for admission to or continuation in St. Matthew's University. With this in mind, I certify that the above statements and information provided are correct and complete.

I give permission to St. Matthew's University, School of Veterinary Medicine to charge my Credit Card for application fee purposes only. AD (please initial)

No person shall be excluded from participation in, denied benefits of, or be subject to discrimination under any program or activity sponsored or conducted by St. Matthew's University, on any basis prohibited by applicable law, including but not limited to, race, color, national origin, sex, age, or handicap.

I will be bringing family (spouse, kids) with me when classes start _____Yes ____✓No (Note: this is for housing purposes only)

I give permission for St. Matthew's University to use photos of me in materials that enhance the university image.

_____          Sept. 15 2010_____
**SIGNATURE OF APPLICANT**                    **DATE**