IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALEXANDRA GUILLOU, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BOARD OF REGENTS FOR )<br>OKLAHOMA AGRICULTURAL AND )<br>MECHANICAL COLLEGES, ET AL., )<br>)<br>Defendants. ) | NO. CIV-17-0988-HE |

### ORDER

Plaintiff's unopposed motion for extension of deadline [Doc. #35] is **GRANTED**. Plaintiff shall file her responses to defendants' motions to dismiss not later than **January 9, 2018**.

**IT IS SO ORDERED**.

Dated this 11th day of December, 2017.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE