# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Before the Honorable Joe Heaton
United States Courthouse, Room 3301, Oklahoma City, Oklahoma

## ORDER FOR STATUS CONFERENCE

**NOTICE TO ALL COUNSEL**:

1. Counsel are required to file the **Joint Status Report and Discovery Plan** (now a single document) not later than **April 25, 2018**. *See* LCvR16.1(a)(1) and *Appendix II*.

2. Counsel should give particular attention to paragraph 10 of the Joint Status Report and Discovery Plan. In appropriate cases, the court may conclude a formal status conference is unnecessary and will proceed with entry of a Scheduling Order based solely on the information provided in the Joint Status Report and Discovery Plan. **If a Scheduling Order is entered prior to the conference, the conference is deemed stricken and counsel need not appear.**

3. Unless personal attendance is excused, the conference shall be attended by counsel with authority to make appropriate decisions and by any *pro se* litigants, at the time indicated below. *See* LCvR16.1(a)(2).

_____

## FRIDAY, MAY 4, 2018

| 9:30 A.M. | **CIV-17-0988-HE**<br>ALEXANDRA GUILLOU V. BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES, ET AL., | R. Jack Freeman, Esq.,<br>Jason Bach, Esq., |
|---|---|---|
| | | Clinton Pratt, Esq.,<br>Stephen Stephens, Esq.,<br>Courtney Warmington, Esq.,<br>J. Jeremy Tubb, Esq.,<br>Kimberly Williams, Esq.,<br>Sean Kilian, Esq.,<br>Tiffany Wythe, Esq., |

| Time | Case | Attorneys |
|---|---|---|
| 9:40 A.M. | **CIV-17-1349-HE**<br>JON OWENS V. CITY OF CRESCENT | Loren Gibson, Esq., |
| | | Ambre Gooch, Esq.,<br>Taylor Tyler, Esq., |
| 9:50 A.M. | **CIV-18-0080-HE**<br>GARY MCCOLLUM ET AL., V. XTO ENERGY, INC., | Lauren Braddy, Esq.,<br>Noble McIntyre, Esq.,<br>William Alexander, Esq.,<br>Jeremy Thurman, Esq., |
| | | Alex Stevens, Esq.,<br>Elaine Turner, Esq.,<br>Felicity Fowler, Esq.,<br>Lindsay Kistler, Esq., |
| 10:00 A.M. | **CIV-18-0119-HE**<br>CAROLYN L. WRIGHT, ET AL., V. SGT AARON HARMON, ET AL., | Douglas Parr, Esq., |
| | | Stacey Felkner, Esq.,<br>Wellon Poe, Jr., Esq., |
| 10:10 A.M. | **CIV-18-0175-HE**<br>WINCO FOODS, LLC V. CROSSLAND CONSTRUCTION COMPANY, INC., | Christopher Scaperlanda, Esq.,<br>Michael McClintock, Esq., |
| | | Amy Stipe, Esq.,<br>Paula Williams, Esq., |
| 10:20 A.M. | **CIV-18-0241-HE**<br>AG SECURITY INSURANCE COMPANY V. KEYSTONE RV COMPANY, ET AL., | Jason Marshall, Sr., Esq., |
| | | A. Scott McDaniel, Esq.,<br>Rhiannon Baker, Esq.,<br>Matthew Felty, Esq., |
| 10:30 A.M. | **CIV-18-0242-HE**<br>BRITTON GILREATH V. WAL-MART ASSOCIATES, INC., | Amber Hurst, Esq.,<br>Mark Hammons, Esq.,<br>Kristin Richards, Esq., |
| | | Amy Stipe, Esq.,<br>Ellen Adams, Esq.,<br>Paula Williams, Esq., |