IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ALEXANDRA GUILLOU,

    Plaintiff,

v.

BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; STATE OF OKLAHOMA ex rel. OKLAHOMA STATE UNIVERSITY; and ST. MATTHEWS UNIVERSITY,

    Defendants.

No. CIV-17-988-HE

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE FOR LEAD COUNSEL TO APPEAR BY TELEPHONE FOR STATUS CONFERNCE SET FOR MAY 4, 2018**

In the event a Scheduling Order is not entered prior to the Status Conference scheduled for May 4, 2018, at 9:30 a.m. and the conference is not deemed stricken, Plaintiff's respectfully requests leave pursuant to LCvR 16.1(a)(2) for her lead counsel to appear by telephone at the Status Conference. In support thereof, Plaintiff states as follows:

    1. Plaintiff's lead attorneys, Jason J. Bach, will be in Austin, Texas on May 4, 2018.

    2. Plaintiff's local counsel, Jack Freeman, will personally appear at the conference in the event a Scheduling Order is not entered prior to the Status Conference scheduled for May 4, 2018, at 9:30 a.m. and the conference is not deemed stricken.

    3. Plaintiff respectfully requests that leave be granted to allow her lead counsel to appear telephonically in an effort to conserve resources.

4. The undersigned contacted Defendants' counsel, Clinton Pratt, Counsel for Defendant's Board of Regents for Oklahoma Agricultural and Mechanical Colleges and the State of Oklahoma ex rel. Oklahoma State University ("OSU") and Kimberly Williams, counsel for Defendant St. Matthew's University, and who have no objection to the filing of this motion or to Plaintiff's lead counsel appearing at the Status Conference by telephone if the conference is not deemed stricken.

WHEREFORE, Plaintiff respectfully requests an Order allowing her lead counsel, Jason J. Bach, to appear by telephone at the Status Conference to be held on May 4, 2018, if the conference is not deemed stricken.

Respectfully submitted this 17th day of April, 2018.

Respectfully Submitted,

**THE BACH LAW FIRM, LLC**

   */s/ Jason J. Bach*
Jason J. Bach, Esq.
(Admitted *Pro Hac Vice*)
7881 West Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
         and
**GRAHAM &FREEMAN, PLLC**
R. Jack Freeman, OBA #3128
6226 East 101st Street, Suite 300
Tulsa, Oklahoma 74137-7117
Telephone: (918) 298-1716
Facsimile: (918) 298-1728
Email: jfreeman@grahamfreeman.com
*Attorneys for Plaintiff Alexandra Guillou*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2018, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Clinton W. Pratt
Clint.pratt@okstate.edu

Stephen R. Stephens
Steve.stephens@okstate.edu

Courtney K. Warmington
cwarmington@fullertubb.com

J. Jeremy Tub
Jeremy.tubb@fullertubb.com

Tiffany J. Wythe
Tiffany.wythe@fullertubb.com

Kimberly F. Williams
kwilliams@locklord.com

Sean W. Kilian
skilian@locklord.com

Margaret McCorrow-Love
mml@lovelawfirm.legal

John L. Love
jjl@lovelawfirm.legal


        */s/ Jason J. Bach*
        Jason J. Bach, Esq.