IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALEXANDRA GUILLOU,<br><br>            Plaintiff,<br><br>    v.<br><br>BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; STATE OF OKLAHOMA ex rel. OKLAHOMA STATE UNIVERSITY; and ST. MATTHEWS UNIVERSITY,<br><br>            Defendants. | No. CIV-17-988-HE |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE FOR LEAD COUNSEL TO APPEAR BY TELEPHONE FOR STATUS CONFERNCE SET FOR MAY 4, 2018**

On this day came to be considered Plaintiff's unopposed motion for leave for lead counsel to appear by telephone for the status conference set for May 4, 2018.  Having considered the arguments of counsel, and noting that the Motion is unopposed, Plaintiff's unopposed motion for leave for lead counsel to appear by telephone for the status conference set for May 4, 2018, is **GRANTED**.  Jason J. Bach, Esq., may appear at the scheduling conference by telephone.  Local counsel for Plaintiff shall attend the conference in person.

IT IS SO ORDERED.

Dated this ___ day of April, 2018.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

1