# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALEXANDRA GUILLOU,  )<br>  )<br>        Plaintiff,  )<br>vs.  )<br>  )<br>BOARD OF REGENTS FOR THE  )<br>OKLAHOMA AGRICULTURAL AND )<br>MECHANICAL COLLEGES; ET AL.,  )<br>  )<br>        Defendants.  ) | NO.  CIV-17-0988-HE |

## ORDER

Plaintiff's unopposed motion for leave [Doc. #48] is **GRANTED**.  Counsel for plaintiff Jason J. Bach, Esq., may appear at the **May 4, 2018**, scheduling conference by telephone.  Local counsel shall appear in person.

**IT IS SO ORDERED**.

Dated this 18th day of April, 2018.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE