## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ALEXANDRA GUILLOU, | § | |
|      Plaintiff, | § | |
| | § | |
| vs. | § | NO. CIV-17-988-HE |
| | § | |
| BOARD OF REGENTS FOR THE | § | |
| OKLAHOMA AGRICULTURAL | § | |
| AND MECHANICAL COLLEGES; | § | |
| STATE OF OKLAHOMA ex rel. | § | |
| OKLAHOMA STATE UNIVERSITY; | § | |
| ST. MATTHEWS UNIVERSITY, INC.; | § | |
| LUCINDA KERSHAW; DR. DANIEL | § | |
| BURBA; DR. CHRIS ROSS; and | § | |
| DR. MARGI GILMOUR | § | |
| | § | |
|      Defendants. | § | |

### ST. MATTHEW'S UNIVERSITY, INC.'S
### UNOPPOSED MOTION FOR LEAVE FOR LEAD COUNSEL TO APPEAR AT STATUS CONFERENCE TELEPHONICALLY

Pursuant to LCvR 16.1(b)(4), Defendant St. Matthew's University, Inc. ("SMU") respectfully requests leave of Court for its lead counsel to appear telephonically at the status conference scheduled for May 4, 2018, at 9:30 A.M., and would respectfully show the Court as follows:

1.    The Court set a status conference for May 4, 2018, at 9:30 A.M. (ECF No. 47).

2.    SMU's lead counsel, Kimberly F. Williams and Sean W. Kilian of Locke Lord LLP, maintain their offices in Dallas, Texas.

3.    SMU requests leave for its lead counsel to appear at the May 4, 2018 status conference in order to minimize expenses associated with travelling. SMU's local

counsel, the undersigned attorneys of Fuller Tubb & Bickford, PLLC, will personally appear at the status conference.

4.     Counsel for SMU contacted counsel for Plaintiff and counsel for Defendant Board of Regents for the Oklahoma Agricultural and Mechanical Colleges and Defendant State of Oklahoma ex rel. Oklahoma State University, and counsel are unopposed to this motion.

WHEREFORE, SMU respectfully requests an Order granting leave of Court for its lead counsel, Kimberly F. Williams and Sean W. Kilian, to appear telephonically at the May 4, 2018 status conference.

Respectfully submitted,


 */s/ Sean W. Kilian*
Sean W. Kilian, OBA #31117
  skilian@lockelord.com
Kimberly F. Williams, (admitted *pro hac vice*)
  kwilliams@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Telecopier)

and

Jeremy Tubb, OBA#16739
  jeremy.tubb@fullertubb.com
Courtney Warmington, OBA# 18486
  cwarmington@fullertubb.com
Tiffany J. Wythe, OBA #21405
  tiffany.wythe@fullertubb.com
**FULLER TUBB & BICKFORD, PLLC**
201 Robert S. Kerr Avenue, Suite 1000
Oklahoma City, Oklahoma 73102
(405) 235-2575 (Telephone)
(405) 232-8384 (Telecopier)

**ATTORNEYS FOR DEFENDANT
ST. MATTHEW'S UNIVERSITY, INC.**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via ECF electronic service, on this 26th day of April, 2018, to the following counsel of record:

R. Jack Freeman
jfreeman@grahamfreeman.com

Jason J. Bach
jbach@bachlawfirm.com

Clinton W. Pratt
clint.pratt@okstate.edu

Margaret McMorrow-Love
mml@lovelawfirm.legal

John L. Love
jjl@lovelawfirm.legal

Stephen R. Stephens
steve.stephens@okstate.edu


*/s/ Sean W. Kilian*