**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ALEXANDRA GUILLOU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  CIV-17-0988-HE |
| | ) | |
| BOARD OF REGENTS FOR THE | ) | |
| OKLAHOMA AGRICULTURAL AND | ) | |
| MECHANICAL COLLEGES; ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendant St. Matthew's University, Inc.'s unopposed motion for leave [Doc. #51]

is **GRANTED**.  Counsel for defendant Kimberly F. Williams, Esq., and Sean W. Kilian,

Esq., may appear at the **May 4, 2018**, scheduling conference by telephone.  Local counsel

shall appear in person.

**IT IS SO ORDERED**.

Dated this 30th day of April, 2018.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE