### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALexANDRA GUILLOU, )<br>)<br>        Plaintiff, )<br>vs. )<br>)<br>BOARD OF REGENTS FOR THE )<br>OKLAHOMA AGRICULTURAL AND )<br>MECHANICAL COLLEGES, ET AL., )<br>)<br>        Defendants. ) | NO. CIV-17-0988-HE |

### ORDER

Defendants' motion for leave to amend document [Doc. #54] is **GRANTED**.

Defendant shall file their amended answer not later than **June 1, 2018**.

**IT IS SO ORDERED**.

Dated this 30th day of May, 2018.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE