IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALEXANDRA GUILLOU<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; STATE OF OKLAHOMA EX REL. OKLAHOMA STATE UNIVERSITY; AND ST. MATTHEW'S UNIVERSITY, INC.<br><br>Defendants. | NO. CIV-17-988-HE |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME Plaintiff Alexandra Guillou ("Plaintiff"), Defendant St. Matthew's University, Inc., Defendant Board of Regents for the Oklahoma Agricultural and Mechanical Colleges, and Defendant State of Oklahoma ex rel. Oklahoma State University (together, the "Parties") and file this Joint Stipulation of Dismissal With Prejudice as follows:

The Parties jointly request that the Court enter the attached Order of Dismissal With Prejudice, dismissing with prejudice all of Plaintiff's claims against Defendants. Plaintiff and Defendants further request that all fees, taxable costs and expenses be borne by the party incurring same.

Respectfully submitted,

Jason Bach (w/ permission)

Jason J. Bach, Esq.
**THE BACH LAW FIRM, LLC**
(Admitted *Pro Hac Vice*)
7881 West Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
Email: jbach@bachlawfirm.com
-and-
**GRAHAM &FREEMAN, PLLC**
R. Jack Freeman, OBA #3128
6226 East 101st Street, Suite 300
Tulsa, Oklahoma 74137-7117
Telephone: (918) 298-1716
Facsimile: (918) 298-1728
Email: jfreeman@grahamfreeman.com
*Attorneys for Plaintiff Alexandra Guillou*

Steve Stephens, OBA #10479
 steve.stephens@okstate.edu
Clinton W. Pratt, OBA #21329
 clint.pratt@okstate.edu
Board of Regents for the Oklahoma
Agricultural and Mechanical Colleges
5th Floor, Student Union Building
Oklahoma State University
Stillwater, OK 74078-7044
Telephone: (405) 744-6494
Facsimile: (405) 744-7998
*Attorneys for Defendant Board of Regents
For the Oklahoma Agricultural &
Mechanical Colleges and Oklahoma
State University*

Sean W. Kilian, OBA #31117
 skilian@lockelord.com
Kimberly F. Williams, (admitted *pro hac vice*)
 kwilliams@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800
-and-
Jeremy Tubb, OBA#16739
 jeremy.tubb@fullertubb.com
Courtney Warmington, OBA# 18486
 cwarmington@fullertubb.com
Tiffany J. Wythe, OBA #21405
 tiffany.wythe@fullertubb.com
**FULLER TUBB & BICKFORD, PLLC**
201 Robert S. Kerr Avenue, Suite 1000
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-2575
Facsimile: (405) 232-8384
*Attorneys for Defendant St. Matthew's University, Inc.*