IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALEXANDRA GUILLOU<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS FOR THE OKLAHOMA AGRICULTURAL AND MECHANICAL COLLEGES; STATE OF OKLAHOMA EX REL. OKLAHOMA STATE UNIVERSITY; AND ST. MATTHEW'S UNIVERSITY, INC.<br><br>Defendants. | NO. CIV-17-988-HE |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Joint Stipulation of Dismissal With Prejudice, it is hereby **ORDERED, ADJUDGED AND DECREED** that all of Plaintiff Alexandra Guillou's claims against Defendant St. Matthew's University, Inc., Defendant Board of Regents for the Oklahoma Agricultural and Mechanical Colleges, and Defendant State of Oklahoma ex rel. Oklahoma State University in the above-captioned case be, and the same are hereby, **DISMISSED WITH PREJUDICE**, with fees, taxable costs and expenses of Court incurred herein to be paid by the party currently bearing same.

SIGNED this _____ day of _____, 2018.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE