### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ALEXANDRA GUILLOU | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-17-0988-HE |
| | ) | |
| BOARD OF REGENTS FOR THE | ) | |
| OKLAHOMA AGRICULTURAL AND | ) | |
| MECHANICAL COLLEGES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

In accordance with the Joint Stipulation of Dismissal With Prejudice [Doc. # 57] and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), this action is **DISMISSED** with prejudice.

All fees, taxable costs and expenses of Court to be paid by the party currently bearing same.

**IT IS SO ORDERED**.

Dated this 26th day of October, 2018.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE